[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 26 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GRACE .L. STOVALL
Plaintiff(s)

v.

Ingrid BROWN, Jamie BENDER, Amy McCARTY ETAL
Defendant(s)

Case Number:

17CV4762
JUDGE LEE
MAG. JUDGE KIM

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, GRACE. L. STOVALL, declare that I am the (check appropriate box)
   ☒ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   ATTORNEY MARISOL
   ATTORNEY KISER
   ATTORNEY GREENSLADE

   but I have been unable to find an attorney because:
   I AM UNABLE TO AFFORD THE SERVICES OF AN ATTORNEY.

3. I declare that (check all that apply):
   *(Now:)*
   ☒ I am *not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

☐ Grammar school   ☐ Some high school   ☐ High school graduate
☒ Some college     ☐ College graduate   ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☒ I declare under penalty of perjury that the foregoing is true and correct.

_Grace L. Stovall_
Signature of Movant

_5114. S. Ingleside Fl R 1_
Street Address

_6-26-2017_
Date

_Chicago, Illinois 60615_
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ | This case is still pending  ☐ Yes  ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | This case is still pending  ☐ Yes  ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ | This case is still pending  ☐ Yes  ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes  ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]