IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRACE L. STOVALL,<br><br>                Plaintiff,<br><br>    v.<br><br>AMY McCARTY, et al.,<br><br>                Defendants. | Case No. 1:17-cv-04762<br><br>Judge John Z. Lee |

## MOTION FOR RELIEF FROM ASSIGNMENT AND FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

WILLIAM MICHAEL, a member of this Court's Trial Bar and recently court-appointed counsel for Plaintiff Grace L. Stovall, respectfully requests relief from his assignment as court-appointed counsel and for leave to withdraw as counsel for the Plaintiff. Pursuant to Local Rule 83.38(a)(1) and (a)(4), Movant states as follows:

    1.    Movant was appointed by this Court on September 14, 2018 to serve as counsel for Plaintiff Grace L. Stovall. Dkt. 90. Through a *pro se* Amended Complaint, Plaintiff brings claims against the City of Chicago and several Chicago police officers, alleging violations of her constitutional rights, illegal search and seizure, conspiracy, racketeering, fraud and corruption. Dkt. 46.

    2.    Conflicts of interest exist and preclude the representation because Plaintiff is suing the City of Chicago and several Chicago police officers. Local Rule 83.38(a)(1). Movant's firm, Mayer Brown LLP, has several open matters in which Mayer Brown lawyers are currently representing the City of Chicago. Acting as counsel for Plaintiff in this lawsuit would accordingly put Mayer Brown in the conflicted position of being directly adverse to one of its current clients. *See* Illinois Rule of Professional Conduct 1.8.

3. Movant also has a temporary burden of other pro bono professional commitments that, in addition to Movant's regular law practice, keeps Movant from having the time necessary to represent Plaintiff. Local Rule 83.38(a)(4). On September 13, 2018, the day before Movant was appointed as counsel in this matter, Movant was appointed by Judge Ellis to represent a *pro se* plaintiff in the matter of *Hollingsworth v. Ill. Dept. of Corrections, et al.*, No. 15-cv-01595, Dkt. 115 (N.D. Ill.), an appointment for which Movant anticipates moving forward with representation. Further, Movant has agreed to represent pro bono a defendant in United States District Court in Minnesota on a six-count RICO indictment, wherein the defendant is charged with, among other counts, attempted murder, witness tampering and being an Armed Career Criminal. This pro bono case will require significant coordination, as the defendant was also just charged separately in state court with murder. Movant believes that this federal RICO case is likely to go to trial in the next several months.

5. Due to these conflicts of interest and Movant's other pro bono professional commitments, relief from assignment is proper pursuant to United States District Court of the Northern District of Illinois Local Rule 83.38(a)(1) and (a)(4).

WHEREFORE, William Michael respectfully requests relief from his assignment by this Court as counsel to Plaintiff Grace L. Stovall, and he requests leave to withdraw as counsel for Plaintiff.

Date: September 26, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ William Michael_____
　　　　　　　　　　　　　　　　　　　　　　William Michael
　　　　　　　　　　　　　　　　　　　　　　Mayer Brown LLP
　　　　　　　　　　　　　　　　　　　　　　71 South Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 701-7653
　　　　　　　　　　　　　　　　　　　　　　wmichael@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　　　*Appointed Attorney for Grace L. Stovall*

730112210.1

## CERTIFICATE OF SERVICE

    I, William Michael, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Motion For Relief From Assignment and For Leave To Withdraw** to be filed via the Court's CM/ECF Online filing system and to be served upon all counsel of record on this 26th day of September, 2018.

                                                          */s/ William Michael*

730112210.1