**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-4762 |
| | ) | |
| v. | ) | Honorable John Z. Lee |
| | ) | |
| WADE CLARK, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:** See attached Certificate of Service.

    **PLEASE TAKE NOTICE** that on the **17th** day of **April, 2019,** at **9:00 a.m.**, I shall appear before The Honorable John Z. Lee, or anyone sitting in his stead, in the courtroom where he usually presides, Courtroom 1225 of the United States District Court, Northern District, Everett McKinley Dirksen Bldg. 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiff's Motion to Withdraw Appearance of Michael J. Cosgrove***, a copy of which is attached hereto and herewith served upon you.

                                              **/s/ Michael D. Bersani**
                                              MICHAEL D. BERSANI, Atty. Bar No. 06200897
                                              *Attorney for Plaintiff*
                                              HERVAS, CONDON & BERSANI, P.C.
                                              333 W. Pierce Road, Suite 195
                                              Itasca, IL 60143-3156
                                              630-773-4774
                                              mbersani@hcbattorneys.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-4762 |
| | ) | |
| v. | ) | Honorable John Z. Lee |
| | ) | |
| WADE CLARK, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 3, 2019**, I electronically filed the foregoing *Notice of Motion* with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

TO:    C. Ester Choi  (ester.choi@cityofchicago.org)
         Marion Claire Moore (marion.moore@cityofchicago.org)
         Jessica L. Griff (jessica.griff@cityofchicago.org)
         Bret A. Kabacinski (bret.kabacinski@cityofchicago.org)
         City of Chicago, Department of Law
         Federal Civil Rights Litigation Division
         30 North LaSalle St., Suite 900
         Chicago, IL  60602

                                                **/s/ Michael D. Bersani**
                                                MICHAEL D. BERSANI, Atty. Bar No. 06200897
                                                *Attorney for Plaintiff*
                                                HERVAS, CONDON & BERSANI, P.C.
                                                333 W. Pierce Road, Suite 195
                                                Itasca, IL 60143-3156
                                                630-773-4774
                                                mbersani@hcbattorneys.com