UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-4762 |
| | ) | |
| v. | ) | Honorable John Z. Lee |
| | ) | |
| WADE CLARK, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S ATTORNEY

Counsel for Plaintiff, MICHAEL D. BERSANI and ANDRE A. SUTTON of HERVAS, CONDON & BERSANI, P.C., move to withdraw their appearances as counsel for PLAINTIFF GRACE STOVALL, pursuant to Local Rule 83.17 and Local Rule 83.38. In support of this motion, counsel for Plaintiff states the following:

1. On October 4, 2018, this Court assigned Michael D. Bersani to represent the Plaintiff. Mr. Bersani's associate, Andre Sutton, subsequently entered an appearance for Plaintiff.

2. The parties have completed written discovery and the depositions of Plaintiff and Defendants Clark, O'Leary and Aburizeg have been taken.

3. The Plaintiff has filed an agreed motion to extend the fact discovery deadline.

4. Two in-person and confidential pre-settlement conferences with Judge Young B. Kim and Plaintiff and her counsel took place on August 9, 2019 and August 19, 2019 for purposes of resolving this case through settlement.

5. A substantial disagreement on the litigation strategy exists between counsel and the Plaintiff.

6. Plaintiff is aware of this Motion through a meeting that occurred between the Plaintiff and her counsel on July 19, 2019.

7. The form Notification of Party Contact Information, required under LR 83.17, is attached hereto.

WHEREFORE, counsel for Plaintiff respectfully requests that this Honorable Court grant MICHAEL D. BERSANI and ANDRE A. SUTTON leave to withdraw as counsel of record

s/ Michael D. Bersani
MICHAEL D. BERSANI, ARDC No. 06200897
ANDRE A. SUTTON, ARDC. No. 6328789
*Attorneys for Plaintiff*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774   F: 630-773-4851
mbersani@hcbattorneys.com
asutton@hcbattorneys.com

06/12/15

## United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 17cv4762

**Case Title**: Grace Stovall v. Wade Clark, et al.

**Judge**: John Z. Lee

**Name of Attorney submitting the motion to withdraw**:

Michael D. Bersani and Andre A. Sutton

**Name of Client**:

Grace L. Stovall

**Mailing address of Client**: 5114 S. Ingleside

**City**: Chicago  **State**: Illinois

**Zip**: 60615  **Telephone Number**: 773-936-3109

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed**: _S /MICHAEL D. BERSANI_____

**Date**:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-4762 |
| | ) | , |
| v. | ) | Honorable John Z. Lee |
| | ) | |
| WADE CLARK, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on **August 20, 2019**, I electronically filed the foregoing *Motion for Leave to Withdraw as Plaintiff's Attorney* with the Clerk of the Northern District Court, Eastern Division, using the CM/ECF system, which will send notification to the following CM/ECF participants:

TO:    Bret A. Kabacinski (bret.kabacinski@cityofchicago.org)
          Jonathan Clark Green (jonathangreen@cityofchicago.org)
          Michele Marie McGee (michele@cityofchicago.org)
          City of Chicago, Department of Law
          Federal Civil Rights Litigation Division
          30 North LaSalle St., Suite 900
          Chicago, IL 60602

                                          **s/ Michael D. Bersani**
                                          MICHAEL D. BERSANI, ARDC No. 06200897
                                          ANDRE A. SUTTON, ARDC. No. 6328789
                                          *Attorneys for Plaintiff*
                                          HERVAS, CONDON & BERSANI, P.C.
                                          333 Pierce Road, Suite 195
                                          Itasca, IL 60143-3156
                                          P: 630-773-4774     F: 630-773-4851
                                          mbersani@hcbattorneys.com
                                          asutton@hcbattorneys.com