## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GRACE L. STOVALL, ) | |
| ) | Case No. 17 C 4762 |
| Plaintiff, ) | |
| ) | Judge Lee |
| v. ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW

Attorney Jason Marx respectfully moves to withdraw his appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned has filed an appearance on behalf of Defendants Clark, Aburizeg, O'Leary, McMahon, Murphy, and Gmedziejko in this matter.

2. As the undersigned will become a solo practitioner, he will no longer be working for the City of Chicago-Department of Law as of December 20, 2019.

3. Additional attorneys currently represent the Defendants and will continue to diligently and ably represent them going forward. This motion will not prejudice the representation of the Defendants nor cause any undue delay in this proceeding.

**WHEREFORE** the undersigned respectfully requests this Honorable Court grant this motion.

Respectfully submitted,

*/s/ Jason Marx* .
JASON MARX
Assistant Corporation Counsel Supervisor
City of Chicago-Department of Law
30 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 744-1975
Attorney No. 6279266