**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-4762 |
| | ) | |
| v. | ) | Honorable John Z. Lee |
| | ) | |
| WADE CLARK, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**RENEWED MOTION FOR LEAVE TO WITHDRAW AS PLAINTIFF'S ATTORNEY**

Counsel for Plaintiff, MICHAEL D. BERSANI and ANDRE A. SUTTON of HERVAS, CONDON & BERSANI, P.C., move to withdraw their appearances as counsel for Plaintiff GRACE STOVALL, pursuant to Local Rule 83.17 and Local Rule 83.38. In support of this motion, counsel for Plaintiff states the following:

1. On October 4, 2018, this Court recruited Michael D. Bersani to represent the Plaintiff. Mr. Bersani's associate attorney, Andre Sutton, subsequently entered an appearance for Plaintiff.

2. The parties have completed written discovery (with the exception of *Monell* discovery) and the depositions of Plaintiff and Defendants Clark, O'Leary, and Aburizeg have been taken. The deposition of Chicago Detective McMahon was also taken.

3. The parties have also completed interviews of occurrence witnesses.

4. Two in-person and confidential pre-settlement conferences with Judge Young B. Kim and Plaintiff and her counsel took place on August 9, 2019 and August 19, 2019 for purposes of resolving this case through settlement.

5.      A settlement conference with Judge John Z. Lee was held on October 10, 2019 and the parties could not come to an agreement.

6.      A substantial disagreement on the litigation strategy exists between counsel and the Plaintiff.

7.      Plaintiff was present in court on January 16, 2020 and is aware that counsel would be filing this motion.

8.      The form Notification of Party Contact Information, required under LR 83.17, is attached hereto.

WHEREFORE, counsel for Plaintiff respectfully requests that this Honorable Court grant MICHAEL D. BERSANI and ANDRE A. SUTTON leave to withdraw as counsel of record.

**s/ Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
ANDRE A. SUTTON, ARDC. No. 6328789
*Attorneys for Plaintiff*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774    F: 630-773-4851
mbersani@hcbattorneys.com
asutton@hcbattorneys.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-4762 |
| | ) | |
| v. | ) | Honorable John Z. Lee |
| | ) | |
| WADE CLARK, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 29, 2020**, I electronically filed the foregoing *Renewed Motion for Leave to Withdraw as Plaintiff's Attorney* with the Clerk of the Northern District Court, Eastern Division, using the CM/ECF system, which will send notification to the following CM/ECF participants:

TO:　Bret A. Kabacinski (bret.kabacinski@cityofchicago.org)
　　　Jonathan Clark Green (jonathangreen@cityofchicago.org)
　　　Michele Marie McGee (michele@cityofchicago.org)
　　　City of Chicago, Department of Law
　　　Federal Civil Rights Litigation Division
　　　30 North LaSalle St., Suite 900
　　　Chicago, IL  60602

　　　　　　　　　　　　　　　　　　　　　**s/ Michael D. Bersani**
　　　　　　　　　　　　　　　　　　　　　MICHAEL D. BERSANI, ARDC No. 06200897
　　　　　　　　　　　　　　　　　　　　　ANDRE A. SUTTON, ARDC. No. 6328789
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　HERVAS, CONDON & BERSANI, P.C.
　　　　　　　　　　　　　　　　　　　　　333 Pierce Road, Suite 195
　　　　　　　　　　　　　　　　　　　　　Itasca, IL 60143-3156
　　　　　　　　　　　　　　　　　　　　　P: 630-773-4774　　F: 630-773-4851
　　　　　　　　　　　　　　　　　　　　　mbersani@hcbattorneys.com
　　　　　　　　　　　　　　　　　　　　　asutton@hcbattorneys.com