IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRACE L. STOVALL, | ) | |
| | ) | Case No. 17 C 4762 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| v. | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**[1]

**(a) Progress of Discovery:**

The discovery in this case is complete. At Plaintiff's request, this Court granted Plaintiff additional time for discovery. Since this Court's order Defendants are unaware of any actions taken by Plaintiff to schedule any depositions, issue any written discovery or send any subpoenas. Discovery closed by Court order on July 16, 2020.

**(b) Status Of Briefing On Any Unresolved Motions:**

Defendants intend to file a motion for summary judgment and anticipate this motion if granted could be fully dispositive. Taking into account this Court's prior order the briefing schedule is as follows:

- Dispositive Motions Due: August 14, 2020
- Responses to Motions Due: September 25, 2020
- Reply Briefs Due: October 15, 2020

**(c) Proposed 60 Day Schedule:**

See (b) above.

**(d) Proposed Revised Discovery and Dispositive Motion Schedule:**

See (b) above.

---

[1] Defendants contacted Plaintiff by email to discuss the filing of a Joint Status Report. Plaintiff did not respond to Defendants' attempts to contact her.

**(e) Agreed Action Without Court Hearing:**

None.

**(f) Any Needs Requiring a Telephonic Status Hearing:**

None.

Dated: July 20, 2020


   /s/   Michele McGee
Allison Romelfanger
Michele McGee
*Attorneys for Defendant Officers*
City of Chicago Department of Law
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-8311


   /s/   Jonathan C. Green
Jonathan C. Green
Bret Kabancinski
*Attorneys for Defendant City of Chicago*
City of Chicago Department of Law
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-0226