# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Grace L Stovall

                        Plaintiff,

v.                                                       Case No.: 1:17–cv–04762
                                                                  Honorable John Z. Lee

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2020:

       MINUTE entry before the Honorable John Z. Lee: Status hearing held on 8/24/20. Plaintiff did not call into the telephone status hearing. For the reasons stated on the record, Plaintiff's motion for sanctions [185] is denied. Plaintiff's motion to request additional time to depose these offenders [188] is denied. Plaintiff's motion to compel the Defendant to divulage the names and information of the offenders [183] is denied.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.