

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**Grace Stovall**
    Plaintiff

Amy McCarty et, al. Ingrid Brown et, al. Jamie Bender et, al. John Whitcomb et, al.
Platinum Care et, al. Platinum Care employees et, al.
Benjamin Topp et, al, Michele Henry et, al. Midwest Care Management Services et, al.
Damon Doucet et, al. Shirelle James et, al. Tarick Loutfi et, al. Leonard Miskus et, al.
Monahan & Cohen Law Group et, al. Miskus Estate Services et, al. Joseph Monahan et, al.
Mark Ricks et, al. @ Home Health Care et, al. Tarick Loutfi and Associates et, al.
Geoffrey Shaw et, al. Tanya Topp et, al. Victoria Topp et, al. Robin Webber et, al.
Duncan Sattler et, al. Jason Han et, al. Jay Zabel et, al. William Ellsworth et, al.
Peggy Budwig et, al. Shamiran Azo et, al. Amy Orlando et, al. Carla Fiessinger et, al.
City of Chicago et, al. City of Chicago Department of Police et, al.
Chicago Police Officer: R. Mohammad Aburizeg Badge # 10876
Chicago Police Officer : Brian McMahon Badge #21393
Chicago Police Officer: John P. O'leary
Chicago Police Officer: Wade H. Clark Badge: 12638
Chicago Police Officer: Robert Murphy Badge # 3786
Chicago police Officer: Krzysztof Gmedziejko Badge # 18696
Dorothy Brown, Clerk of the Circuit Courts, in her individual and official capacity
    Sanjay Tailor in his individual and official capacity
    Ann Collins-Dole in her individual and official capacity
    Judith Rice in her individual and official capacity
    Kathleen McGury in her individual and official capacity
    Daniel Degnan in his individual and official capacity
    Jesse Outlaw in his individual and official capacity
    Franklin Valderrama in his individual and official capacity
Gerald Jones in his individual and official capacity
Yao Koudjonou in his individual and official capacity
Jeff Mathis in his individual and official capacity
Carly Johnson in her individual and official capacity
Timothy Kelly in his individual and official capacity
Darryl Daniels in his individual and official capacity
Benjamin Caraneang in his individual and official capacity
Non Record and Unknown Defendants

Case Number: 17 - CV - 4762

Judge: Judge John Z. Lee

**FILED**

AUG 24 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Motion for a hearing and consideration of Motions filed today, August 24, 2020 at approx. 9:20 a.m., being, Motion to divulge the names and information about offenders Platinum Care employees, Motion To request brief additional time to depose the offenders that the pro bono attorney (Michael Bersani) failed to depose, <u>Motion for contempt of court for the offenders defying court orders to appear for depositions.</u>**

1. Plaintiff called in for today's August 24, 2020 9:45 a.m. hearing according to this Docket entry (exhibit 1).
2. Plaintiff does not have a computer and she can only access a public computer with (limited access) during the weekday, <u>before</u> 4:30 p.m.
3. Plaintiff did not get any notification of the new time change to 9:00 a.m. today, for the hearing that was originally scheduled for today at 9:45 a.m., which she was on standby for and ready to participate in.
4. The Plaintiff was physically in the Federal Courthouse this morning and she filed some additional exhibits before the scheduled 9:45 a.m. court hearing.
5. Moving forward, the Plaintiff will be checking in with the court daily to ask if there are any new changes in the schedules.
6. Wherefore, The Plaintiff requests that this Honorable Court allow her a hearing on the motions that she filed this morning, August 24, 2020.

Respectfully Submitted,
By Grace L. Stovall, Aggrieved Plaintiff

August 24, 2020

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Grace L Stovall

                          Plaintiff,

v.                                                  Case No.: 1:17−cv−04762
                                                      Honorable John Z. Lee

City of Chicago, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2020:

      MINUTE entry before the Honorable John Z. Lee:Defendant's response to Plaintiff's motions [183] [185] are due by 8/13/20.The motions are entered and continued for 8/24/20 at 9:45 a.m. No appearance is required on 7/30/20. In light of the COVID−19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call−in number is 888−273−3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge−info.aspx?4Qf5 zc8loCI5U7rfMP9DHw==.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**Exhibit 1**
