

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**Grace L. Stovall**
Plaintiff

Amy McCarty et, al. Ingrid Brown et, al. Jamie Bender et, al. John Whitcomb et, al. )
Platinum Healthcare et, al. Platinum Healthcare employees et, al. Benjamin Klein et, al. )
Benjamin Topp et, ai, Michele Henry et, al. Midwest Care Management Services et, al.
Damon Doucet et, al. Shirelle James et, al. Tarick Loutfi et, al. Leonard Miskus et, al.
Monahan & Cohen Law Group et, al. Miskus Estate Services et, al. Joseph Monahan et, al.
Mark Ricks et, al. @ Home Health Care et, al. Tarick Loutfi and Associates et, al.
Geoffrey Shaw et, al. Tanya Topp et, al. Victoria Topp et, al. Robin Webber et, al.
Imperial Towers Condominiums et, al. James Rohlfing et, al. Admiral Security et, al.
Duncan Sattler et, al. Jason Han et, al. Jay Zabel et, al. William Ellsworth et, al.
Peggy Budwig et, al. Shamiran Azo et, al. Amy Orlando et, al. Carla Fiessinger et, al.
City of Chicago et, al. City of Chicago Department of Police et, al.
Chicago Police Officer: R. Mohammad Aburizeg Badge # 10876
Chicago Police Officer : Brian McMahon Badge # 21393
Chicago Police Officer: John P. O'leary
Chicago Police Officer: Wade H. Clark Badge: 12638
Chicago Police Officer: Robert Murphy Badge # 3786
Chicago police Officer: Krzysztof Gmedziejko Badge # 18696
Dorothy Brown, Clerk of the Circuit Courts, in her individual and official capacity
    Sanjay Tailor in his individual and official capacity
    Ann Collins-Dole in her individual and official capacity
    Judith Rice in her individual and official capacity
    Kathleen McGury in her individual and official capacity
    Daniel Degnan in his individual and official capacity
    Jesse Outlaw in his individual and official capacity
    Franklin Valderrama in his individual and official capacity
Gerald Jones in his individual and official capacity
Yao Koudjonou in his individual and official capacity
Jeff Mathis in his individual and official capacity
Carly Johnson in her individual and official capacity
Timothy Kelly in his individual and official capacity
Darryl Daniels in his individual and official capacity
Benjamin Caraneang in his individual and official capacity
Non Record and Unknown Defendants
Defendants

Case Number:     17 - CV - 4762

Judge:     Judge John Z. Lee

**FILED**

NOV - 4 2020 Pb

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff's Motion to File Local Rule 56.1 Statement of Disputed Material Facts
with 115 exhibit pages in support of her response in opposition to the Defendants motion
for summary judgement and to declare that there are Triable Issues of Facts.**

1. **Now Comes Grace L. Stovall, Plaintiff, filing her motion 56.1 Statement of
Disputed Material facts with 115 exhibit pages in support of her response
in opposition to the Defendant's motion for summary judgement and
to declare that there are Triable Issues of Facts.**

**Respectfully Submitted,**
**By Grace L. Stovall, Aggrieved Plaintiff**

# Plaintiff's 56.1(b)(3)Statement of Additional Facts

Now Comes the Plaintiff, Grace L. Stovall providing the following statement of additional facts in support of her response in opposition to the Defendant's motion for summary judge.

<u>I Grace L. Stovall, aggrieved Plaintiff state under oath that there are Triable Issues of Facts.</u>

The Defendants Summary Judgement should be denied due to the Defendant City of Chicago's motion for a summary judgement is unethical, fraudulent and inappropriate.

This valid Federal Court case does not meet the criteria for this type of motion.

This illegal act is absolutely 'fraud upon the court" implemented by the Defendant City of Chicago's counsels who have willfully violating their Oath of Office to aid and abet these criminals, which makes them liable.

The evidence confirms that the Defendant City of Chicago's employees willfully and illegally violated their Oaths of Office and continue to violate the Plaintiff's Constitutional and Civil rights when they willfully failed to prosecute these offenders and their accomplices for these serious Federal offences when the Plaintiff reported a "Crime in Progress".
The City of Chicago's obligation and job is to respond to reports on "crimes in progress, not ignore crimes in progress.

The Defendant City of Chicago's willful inaction is the reason these offenders have committed crimes and repeatedly re victimized the Plaintiff.

The Defendant City of Chicago through its management approved the acts giving rise to liability.

The Defendant City of Chicago's inaction has been an issue in a multitude of Federal Court cases filed against the City of Chicago and its corrupt employees, this is a matter of record.

(Attorney Seth Gillman committed this same type of multi-year Healthcare fraud scheme and as a result of his crimes (attorney) Seth Gillman was convicted and sentenced to 10 years in prison as a result of his prosecution by the United States Attorney Federal prosecutors in Federal Court case United States of America vs Seth Gilman and these criminals should suffer a worse fate.

Exhibits: Federal court case United States of America vs Seth Gillman.

The Defendant City of Chicago still has willfully failed to return the Plaintiffs personal property, assets, clothing, shoes, valuables, cash and evidentiary evidence that their public servants and their accomplices stole when they conspired to rob, ransack and loot the Plaintiff's jobsites/residences in both Chicago Police Theft Scheme ruse robbery home invasions incidents committed on April 14, 2015 and again on April 25, 2016, that involved corrupt Chicago Police officers that were armed with guns that illegally ransack and pilfer personal property and cash during illegal residential home invasion searches and they share the proceeds with their informants and accomplices.

Exhibit: (Newspaper articles about the infamous Chicago Police "Theft Scheme")

The City of Chicago's inaction encourages corrupt Chicago Police officers (armed with guns) to repeatedly commit criminal trespass robbery home Invasions at the Plaintiff's jobsites/residences without a warrant, endangering the life of the Plaintiff who is a resident, contracted live-in employee, plaintiff, Grace L. Stovall by willfully, illegally and suddenly invading the condominium where she worked for the owner of the condominium causing the Plaintiff to fear for her life as the Defendant Chicago Police officers (armed with guns) illegally breached building security protocol "escorting" a "mob" of criminal strangers in to "hijack" and invade the condominium with their accomplices Offenders Platinum Healthcare who have a criminal history of of Qui Tam fraud and False Claims Acts violations, for fabricating and falsifying false medical records and fraudulent billing.

Offender Platinum Healthcare was indicted and fined by the United States Government for their Federal crimes of stealing United States Government Checks in Federal Court case: United States of America vs Platinum Healthcare (case number 1-13 cv 06437, District Court, N.D. Illinois. (Exhibits: Federal Case United States of America vs Platinum Healthcare)

The Chicago Police officers and their accomplices conspired to willfully, intentionally and repeatedly victimize Grace L. Stovall, the aggrieved Plaintiff in a "series" of illegal criminal acts that the offenders Platinum Healthcare committed at the Plaintiff's jobsites/residences and they must be made accountable and prosecuted for their illegal offences to prevent future victimization and to make the Plaintiff whole.                    Exhibit Page 2 of 115

Offender Jamie Bender's stalking and audacious, prolific lies makes her dangerous causing the Plaintiff fear to fear for her life.

Offender Jamie Bender and her accomplice's testimonies confirm that they had criminal intent when the conspired to repeatedly stalk the Plaintiff at her jobsites/residences.

Offenders Platinum Healthcare willfully and illegally conspired with offenders Jamie Bender, Amy McCarty, Damon Doucet, Michele Henry and their accomplices the corrupt Defendant Chicago Police officers as they conspired to use their Police presence to illegally trespass into the condominium building, by breaching security protocol to illegally invade the condominium without a warrant.

## Roberta Brown is a famous celerity pianist that requires a higher level of security to protect her from criminals committing illegal atrocities like this one.

The evidence confirms that Roberta Brown has bodyguards in place when she performs.

These perpetrators are repeat violators in a multi-year Healthcare Fraud scheme and must be prosecuted for their conspiracy to illegal commit Federal offences of Qui-tam Fraud and False Claims Act. Violation's which they continued to willfully and audaciously commit after they settled the Federal case that the United States of America filed against them.

Repeat Offenders Platinum Healthcare have conspired with their accomplices must be prosecuted to prevent future victimization because they obviously had no remorse when they settled the Federal Lawsuit United States of America vs Platinum Healthcare 13cv06437

Offenders Amy McCarty, Ingrid Brown, Jamie Bender, Damon Doucet, Tarick Loutfi, Joseph Monahan, Monahan & Cohen, Benjamin Topp, Midwest Care Management services, Michele Henry have a criminal history of Qui-Tam Fraud, False Claims Acts violations for "false diagnosis and fabricating false and fraudulent medical records and fraudulent billing on victims that don't need and don't want their illicit "backdoor" services and they are all skilled in fraud, deception, money laundering, unjust enrichment, self- dealing and ill-gotten gains and public and political corruption.

The Defendant City of Chicago and the Defendant City of Chicago Police officers and their counsels have conspired to willfully and wantonly aid and abet  these serial criminals Platinum Healthcare and their accomplices offenders Amy McCarty, Joseph Monahan of Monahan & Cohen, Midwest Care Management Services, offender Geoffrey Shaw all of whom are named offenders in this Federal lawsuit and violators of the False Claim Acts and Qui-Tam Fraud.

The Defendant City of Chicago's counsels have filed numerous significantly contradicting deposition testimonies of these criminal offenders that are riddled with false allegations that have no merit and not proof of anything they have alleged.

The Defendant City of Chicago's counsels willfully and illegally violated their Oaths of Offices when they unethically and willfully concealed evidence to aid and abet these criminals and commit Fraud upon the court by their willfully fabricating falsified declarations that are "riddled with prolific lies and gross distortions that they knew were false when they willfully prepared and filed their frivolous, vexatious litigation that had no basis in law or fact.

The City of Chicago's Motion for summary judgement is fraudulent, inaccurate and invalid and should be denied.

The Defendant City of Chicago's counsels have willfully conspired to illegally violate their Oaths of Offices to commit fraudulent concealment and fraudulent misrepresentation.

The Defendant City of Chicago's counsels conspired to illegally conceal evidence to aid and abet these offenders (including repeat offenders Platinum Healthcare.

The Defendant City of Chicago's counsels conduct was willful and wanton and the counsel knew the statements were false statements of material facts.

The Defendant City of Chicago's counsels have filed numerous contradicting testimonies declared by these offender and their accomplices, the Defendant Chicago Police officers.

These public servants are under oath and have a duty and responsibility to uphold and enforce the laws and be called to an accountability for willfully failing to do so.

The Defendant City of Chicago and its counsels have willfully conspired to allow these offenders to repeatedly commit crimes without punishment.

Defendant City of Chicago's counsel Mark Flessner and his accomplices Michele McGee, Bret Kabacinski, Dana O'Malley, Edward Siskel, Jonathan Clark Green, Allison Romelfanger, and Raoul Mowatt conspired to willfull and wantonly violate their Oaths of Office by perverting the course of justice to commit liable. Slander, defamation of character by their willfully preparing and fabricating audacious, prolific lies that had no merit and no proof.

The Defendant City of Chicago's counsels have willfully, illegally and fraudulently declared false allegations with no proof of anything they have alleged.

The Defendant City of Chicago through its management approved the acts and omissions giving rise to liability.

The fraudulent acts and omissions was that of employees who were acting in the scope of their employment and these employees that are responsible for their corrupt, fraudulent acts and omissions were unfit and the Defendant City of Chicago was reckless in employing them.

The fraudulent acts and omissions of Mark Flessner and his accomplices was that of an employee who was acting in the scope of his employment and as an employee is responsible for his corrupt, fraudulent acts and omissions as Defendant City of Chicago's counsel Mark Flessner was unfit and the Defendant City of Chicago was reckless in employing him.


The Defendant City of Chicago counsels have willfully and wantonly committed malfeasance and "fraud upon the court" by their refusing to depose these offenders Platinum Healthcare that illegally committed criminal aggravated robbery home invasion along with the corrupt Chicago Police officers along and the other offenders in their illegal efforts to aid and abet and harbor the offenders Platinum Healthcare and conceal evidentiary evidence and obstruct justice.


The Defendant City of Chicago counsels have implemented attorney misconduct to conceal evidence regarding the offenders Platinum Healthcare and offenders Amy McCarty of Monahan & Cohen and Joseph Monahan who are all "infamous" for conspiring with corrupt Chicago Police officers to implement their "hijacking" Chicago Police "Theft Scheme" Ruse Robberies, Qui-tam Fraud and False Claims Acts violations in a multiyear Healthcare Fraud Scheme that involves money laundering, kidnapping and a multitude of Federal offences which makes them liable.

The City of Chicago Police officers committed this exact same Chicago Police Theft Scheme" scam at the Plaintiff's "previous" jobsite/residence as they made the same false allegations that had no merit and no proof.
In the Federal Case 2016 cv 4004, Grace Stovall vs City of Chicago et, al. and City of Chicago Police officers.
This case was eventually settled after many years of time consuming costly litigation and the amount did not adequately cover the property that they stole nor the massive damages that were caused by the Defendant City of Chicago Police officers and their accomplices.

Issues that were never resolved in the previous case caused this "future victimization" of the Plaintiff by these offenders, which are the same issues in this lawsuit.          Page 5 of 115

The City of Chicago and its corrupt Chicago Police officers and these accomplices stalked the Plaintiff and followed the Plaintiff, Grace L. Stovall to her new job and committed the same offences.

The City of Chicago and its corrupt Chicago Police officers have used this exact same Chicago Police Theft Scheme" Ruse Robberies to rob the plaintiff at her jobsites/residences while the corrupt Chicago Police officers stalk and re victimize the Plaintiff, Grace L. Stovall over and over again using these exact same fraudulent, false allegations that have no merit.

In Plaintiff's previous Federal lawsuit that she filed against the Defendant City of Chicago and its corrupt Chicago Police officers (armed with guns) for illegally trespassing without a warrant and without probable cause while endangering the life of the employee, Plaintiff, Grace Stovall in Federal case 2016 cv 4004 while she worked as a live-in caregiver, assistant manager, employee for the owner of the premises and in that federal case the Defendant Chicago police officers conspired to stalk her and illegally interfering with her job and bust down the doors with a battering ram, and snatch her out of the shower naked and sprayed her in the face with mace and illegally arrested her using these exact same "hijacking" tactics involving these same offenders Amy McCarty, Damon Doucet, Tarick Loutfi Casandra Melton Darlene Racker, Lester Racker Sr., Lester Racker jr. (a felon) and their accomplices that the corrupt Chicago Police officers recruited to file their willfully falsified police reports for the "fake crimes" based on their willfully fabricated, audacious lies that had no merit, to arrest the Plaintiff and inflict her life with an illegal criminal record to stop her from working a job.

This illegal arrest never had a warrant to arrest the Plaintiff and the illegal arrest was never authorized and did not have any Judges signature on the arrest record.

Exhibit: illegal, unsigned, unauthorized arrest record HY298643 that was illegally filed by Offender Lester Racker (a felon) accomplice that the Chicago Police recruited to file the false police report for the "fake crime" of theft from a dead corpse, in a casket at the A.A. Rayner and Sons Funeral Home which is in violation of the law due the corrupt Chicago Police officers willfully wrote police reports for the "corpse" being robbed and it is illegal to write a police report for a "corpse" being robbed in the casket.

Exhibit   corpse

This lie has no merit and this atrocity has inflicted my life with an illegal criminal record that the Plaintiff wants recanted by this felon, Offender Lester Racker and Dwayne Thompson who must be prosecuted for his conspiring with offender Tarick Loutfi, Amy McCarty, Damon Doucet, Casandra Melton, Dwayne Thompson and Darlene Racker and their accomplices the corrupt Chicago Police officers to willfully falsify Police reports and for his criminal involvement to commit the criminal trespass aggravated robbery home invasion with the corrupt Chicago Police officers at the Plaintiff's "previous" jobsite/residence.

Due to fraud and corruption these offenders Lester Racker, Dwayne Thompson and their accomplices have never been prosecuted for their causing the demise of Frederick Gibson and their willfully falsifying fabricated police reports with the police, robberies and for these crimes that they have repeatedly committed against the Plaintiff, Grace L. Stovall. Plaintiff, has filed numerous complaints and charges with the proper authorities to prosecute offender Lester Racker, Dwayne Thompson and their accomplices, however the Chicago Police officers has aided and abetted these criminals to illegally obstruct justice and allow them to continue to stalk the Plaintiff to her next job and commit the exact same offences of criminal aggravated robbery home invasions involving the corrupt City of Chicago Police officers and their accomplices which has resulted in this federal lawsuit against the City of Chicago and its corrupt Chicago Police officers.

The City of Chicago Counsels and counsel Edward Siskel is fully aware of the Plaintiff Grace Stovall's previous Federal lawsuit involving the same Chicago Police "Theft Scheme" Ruse Robbery scam in this Federal case that she filed against the Defendant City of Chicago in Grace Stovall vs Defendant City of Chicago, Defendant Chicago Police officers, 2016 cv 4004. Exhibit: Federal case Grace Stovall vs City of Chicago, City of Chicago Police officers.

This Federal Case 2016 cv 4004 involves the exact "same" issues involving the Plaintiff's previous job as a live-in caregiver working for her client the owner, however the Defendant City of Chicago has willfully filed frivolous vexatious litigation for issues that were previously addressed in the Plaintiff's previous Federal lawsuit Stovall vs City of Chicago Police officers Federal case 2016 cv 4004.

Then to add insult to injury the Defendant City of Chicago Counsels breached the confidentiality order and they fraudulently and unethically filed the false arrest record of the Plaintiff as an exhibit to commit fraud upon the court and discredit the Plaintiff.

The Defendant City of Chicago's counsels involved in this case are presently continuing to willfully and illegally circulate more of their willfully falsified misinformation, false rumors, insults, liable, slander, defamation that includes malicious content that has no merit.

Plaintiff objects to the Defendant's footnotes 1 and 2 on page 1 of their request for summary judgement as the Defendants have signed affidavits that these declarations are true, therefore the Defendants counsel does not reserve any rights to contest, change nor alter in any way the declarations made in their unethical, fraudulent request for summary judgement.

## The offenders willfully failed to file their required affidavits with their Federal Court Deposition Interviews.

### Declaration of Grace L. Stovall

I, Grace L. Stovall, Plaintiff, state under oath that the following facts are true and correct to the best of my knowledge.

Further Affiant Sayeth Not:

Grace L. Stovall, Plaintiff                                                  November 2, 2020

In support thereof,

Plaintiff states as follows:

Plaintiff Grace L. Stovall is a 57 year old female.

On April 25, 2016 Grace lived at 4250 North Marine Drive, Unit #724, where she provided full-time live-in assistance to Roberta Brown through a company called @ Home Healthcare. Grace had worked for Ms. Roberta Brown for a year and had moved into the residence on a permanent basis starting in November of 2015.

## In the late afternoon on April 25, 2016, three Chicago Police officers, Mohammad Aburizeg, Wade Clark, and John O'Leary, entered her residence accompanied by a "group" of civilian strangers.

The Defendant Chicago Police officers did not have a warrant and they did not have probable cause and they did not have consent to enter the residence, they illegally breached the condominium building's security protocol to illegally escort the "group" of offenders past security checkpoints by using their police presence to illegally access the condominium building's 7th floor unannounced and without permission from Roberta Brown and without permission from the Plaintiff.

The Defendant Chicago police officers and the group of strangers did not knock to announce their presence; nor did they present any court order granting them access to the residence nor prohibiting Grace from being present in the residence.

Grace was in her private bedroom when the police officers entered the bedroom and told her that she was under arrest.

Grace was surprised and terrified to see three white police officers suddenly appear in her bedroom.

One of the officers pulled her hands behind her back, and a second officer searched her person, again without probable cause, consent or a warrant.

One or more of the officers pushed her hard out of the bedroom and the residence condominium.

The push felt like a strong hit and was painful.

The Police officers and the civilian strangers were smiling at each other the entire time.

At no point did Grace resist or fight back; she was completely compliant, while these police officers false imprisoned her.

She was not armed and posed no immediate threat of physical harm to the officers or the civilian in the residence; nor did she attempt to flee or escape.

Ms. Brown was calling out Grace's name and asking for Grace's help but the officers continued to push Grace out of the residence, down to the elevator, and out of the building.

Grace was not allowed to gather or retrieve her personal belongings.

Grace was never charged with committing any criminal offences.

Grace recalled three male Chicago Police officers being present in close proximity to each other the entire time.

Any one of the male police officers could have stopped the assault but failed to do so.

## The Defendant Chicago Police officers will not make credible witnesses.

Despite testifying that they were called to the residence by the "group of strangers" that were downstairs in the lobby of the building in response to a "alleged" disturbance and they were told by the group of strangers that they were needed "in case things got physical" no one told them why their safety was in jeopardy nor did any officer bother to ask.

The Police officers did not check any identifications nor verify that the individual who wanted Grace removed had the legal right to do so.

Officer Clark who was the senior officer in charge, admitted that no one mentioned an order of protection and that he was not shown one.

However if an "alleged" order of protection did exist it was not verified if one actually existed or if it was served on Grace in violation of departmental policy.

Furthermore, despite denying in their answer to the complaint that they entered the residence condominium, all three men not only entered the residence but also entered Grace's bedroom.

Offender Amy McCarty testified that "everybody was in the condominium"
Exhibit: Offender Amy McCarty's Federal Court Deposition Interview, October 29, 2019,
File No: 2854.4
Exhibit: Defendant Clark, Federal Court Deposition, testified that all of them were in the
condominium.

## False Imprisonment occurs when a person intentionally restricts another person's movement within any area without legal authority, without justification or consent.

### Actual physical restraint is not necessary for false imprisonment to occur.

Months later, on October 1, 2016, Grace returned to the residence pursuant to a court order
that gave her permission to identify and retrieve her personal belongings and assets.

Chicago Police officer Murphy and Gmedziejko were present and physically "blocked "
her from identifying and taking her property and assets.

Offender Amy McCarty was present with the officers and offender Amy McCarty physically
blocking the door to prevent Grace from identifying and taking her property and assets.
Offender Amy McCarty came at Grace in an absolute rage and she violently pushed Grace
and slammed Grace's foot in the door of the condominium.

Grace was wearing a visible neck and back brace for injuries from the previous assault and
battery.
Grace demanded that the offender Amy McCarty be arrested for assault, but the police
officers refused to arrest offender Amy McCarty.

Offender Damon Doucet willfully committed perjury in his Federal Court deposition
when he testified that he knew nothing about the Plaintiff prior to this.

Evidence confirms that Offender Damon Doucet and Offender Amy McCarty conspired to
victimize the Plaintiff at her "previous" jobsite/residence where they also robbed the
Plaintiff and these offenders stole everything in the residence on April 14, 2015 involving
their accomplices and corrupt Chicago Police officers.

Offenders Amy McCarty and Damon Doucet knew all about the Plaintiff "previously"
when they conspired with offenders Tarick Loutfi and Casandra Melton, Lester Racker
Darlene Racker to commit a previous criminal aggravated robbery home invasion at the
Plaintiff's "previous" jobsite/residence by committing these "same" crimes repeatedly
involving numerous corrupt Chicago Police officers (armed with guns) involved in the same
"infamous" Chicago Police "Theft Scheme" Ruse Robbery Scam.          Page 10 of 115

(The Defendant Chicago Police officers did not have a warrant and did not have probable cause to illegally invade the Plaintiff's jobsite/residence in this case either.
Exhibit: Federal Case 2016 cv 4004, Stovall vs City of Chicago Police officers et, al.
Exhibit: B, Stovall

These illegal atrocities have illegally robbed the plaintiff of her livelihood to stop from working a job in her profession.

## The laws must be enforced to administer accountability to stop the present victimization and prevent future victimization of the plaintiff, Grace L. Stovall.

The laws must be enforced to administer accountability for the "past victimization' of the plaintiff that was illegally implemented by the Defendant City of Chicago's corrupt employees, Defendant City of Chicago Police officers and their accommplices offenders Amy McCarty, Damon Doucet, Tarick loutfi, and Casandra Melton.

The laws must be enforced to stop the "present victimization" of the plaintiff that is currently being illegally implemented by the Defendant City of Chicago's employees, and numerous Chicago police officers and their accommplice offenders Amy McCarty, Damon Doucet, Tarick Loutfi and Casandra Melton.

The laws must be enforced to prevent "future victimization" of the plaintiff that could be illegally implemented by the Defendant City of Chicago's corrupt employees, Chicago police officers and their accomplices offenders Jamie Bender, Amy McCarty, Ingrid Brown, Damon Doucet, Tarick Loutfi, Casandra Melton, Lester Racker, Darlene Racker, Dorothy Brown, Sanjay Tailor and their accomplices who have criminal intent and conspired to willfully violate their Oaths of Office to aid and abet criminals by their assembling a team of corrupt public servants to willfully and illegally commit Qui-Tam Fraud and False Claims Act Fraud by exerting financial and political influence involving fraud, tampering with court records, bribery, money laundering, kickbacks, financial exploitation, malfeasance, police corruption, involving conspiracy to commit bribery of offenders Sanjay Tailor and Dorothy Brown to illegally fix court cases and tamper, destroy, alter court records to avoid prosecution in a multi-year scheme that is operating in the Daley Center building.

The Defendant City of Chicago's counsels and employees have willfully committed malfeasance and willfully violated their Oath of Office by conspiring to willfully conceal evidence to impede, manipulate and undermine this valid case by willfully violating their oath of office resulting in their willful "failure to act" which makes them and their accomplices liable every time they maliciously perpetrate these crimes against the Plaintiff, Grace L. Stovall.

In regards to protecting oneself from "abusive' public servants; "stalking and exploitation' as well as "neglect to protect" provisions in law (upholding and enforcing the law by parties under Oath of Office) as well as "neglect to protect" by persons under Oath, wherein a person having "knowledge of the law", "the power to stop a wrong" and the "duty to prevent a wrong from being done" is liable for any failure to act.

These Defendants and offenders that were under Oath of Office willfully "committed a wrong", " failed to prevent a wrong from being done", having knowledge of the law, the power to prevent, and the legal and moral duty to prevent the wrong which caused deprivations of the Plaintiff's Civil rights and Constitutional rights, suit can be brought against for violations.

1. Plaintiff Grace L. Stovall ("Plaintiff") has brought this action pursuant to 42 U.S.C. –ss 1983—and Illinois Law.

   Response: Agreed.

2. The court has jurisdiction over this matter pursuant to 28 U.S.C.ss—1343,1331 and 1367 and venue is proper in this District pursuant to 28 U.S.C. 1391(b), Exhibit A, FAC 2.

   Response: Agreed.

3. Plaintiff was at all times relevant to this matter and a Cook County Illinois resident. Exhibit A, FAC,3.

   Response: Agreed.

4. Wade Clark ("Defendant Clark"). Mohammad Auburizeg ("Defendant Aburizeg") , John O'leary ("Defendant O'leary"),  Brian McMahon ("Defendant McMahon") Krzysztof Gmedziejko ("Defendant Gmedziejko") and Robert Murphy ("Defendant Murphy") were employed by the City of Chicago and acting in their official capacity within the scope of their employment at all times relevant to the Plaintiff's complaint. Exhibit A, FAC, 4.

   Response: Agreed.

5. Defendant City of Chicago is a municipal corporation duly incorporated under the laws of the State of Illinois and at all times relevant hereto was the employer and principal of the Defendant Officers. Exhibit A, FAC, 5.

   Response: Agreed.

6. Response: Agreed

   Plaintiff previously brought charges against Defendants Wade Clark, Mohammad Aburizeg, John O'Leary, Krzysztof Gmedziejko, Brian McMahon and Robert Murphy. (ECF Nos, 46, 49, 48, 50, 62.).

   Response: Agreed.

7. Response: Objection.                                    Page 13 of 115

Plaintiff made charges against all of the Defendant Chicago Police officers being, Wade Clark, Mohammad Aburizeg, John O'leary, Krzysztof Gmedziejko, Brian McMahon and Robert Murphy.

8.Response: Objection.
Plaintiff identified the Defendant Chicago Police officers and she also identified their Badge numbers.

9.Response: Objection in part.
This insinuation is deliberately incomplete to give a false depiction of the living arrangements.
The Plaintiff worked and lived in the condominium with her client, Roberta Brown to provide services that the client ordered from the @ Home Healthcare agency.

10. Response: irrelevant.
Plaintiff's legal, binding employment contract with the owner, Roberta Brown, authorized the Plaintiff to work, move-in and live in the client's condominium as the resident employee.

11. Response: Objection.
Offender Jamie Bender does not live in the condominium.
This offence was committed without Roberta Brown's permission.
Offender Ingrid Brown does not live in the condominium.
This illegal act was committed without Roberta Browns permission nor knowledge.
This illegal act was committed without the Plaintiff's permission nor knowledge.
Offender Jamie Bender is an imposter and she is not blood related to my client, Roberta Brown and as she claims.
Offender Jamie Benders birth certificate will prove that her lies have no merit.
Offender Jamie Bender had criminal intent to get revenge against Roberta Brown by attacking, injuring and robbing Roberta's beloved caregiver and lying on Roberta to illegally "incarcerate" Roberta in a nursing home with a group of criminals that were indicted for Qui-tam fraud and false claims act fraud, while Offender Jamie Bender and her mother Ingrid Brown continued to ravage Roberta Brown's Wells Fargo bank accounts by way of fraud and forgery involving Offender Amy McCarty who is infamous for filing falsified petitions involving corrupt Chicago Police Officers that commit Criminal aggravated trespass robbery home invasions that benefits the City of Chicago financially which is the reason these RICO racketeers continue to commit these crimes unopposed due to the City of Chicago's inaction and support of the crimes.

Plaintiff objects to Offender Jamie Bender testifying for Offender Ingrid Brown.

Plaintiff objects to Offender Jamie Bender's willful fraud upon the court by conspiring to conceal evidence with the assistance of Defendant City of Chicago's counsels whose job is to represent the Defendant Chicago Police officers however, these City of Chicago counsels (Michele McGee, Bret Kabacinski, Edward Siskel, Dana O'Malley and Mark Flessner are obviously illegally representing these criminals that conspired with the Defendant Chicago Police officers by way of filing frivolous, vexatious litigation which makes them liable.

Exhibit C. Bender Affidavit.

## 12. Response: Objection.

Plaintiff's was hired by her client Roberta Brown to work as a contracted live-in resident caregiver/safety companion to her client Roberta Brown and there were other employees that Roberta Brown hired to provide daily services for her (7 days per week.

Robin Webber cooked meals 3 times per day, (everyday), 3 times per day she would cook breakfast, lunch and dinner and put the cooked food in Tupperware dishware, Roberta would eat the food and Robin Webber would wash her dishes.

Rachel the facial esthetician that provided Roberta Brown with facials every day (7 days per week). Exhibit C, Bender Affidavit Exhibit 4, Exhibit B, Stovall Dep, Page 21:18-22:20.

(Exhibit: Pictures of Roberta Brown eating the meals that Robin Webber cooked every day and set up as her job working for Roberta Brown.)

Zachaia the masseuse that Roberta Brown hired to give her full body massages twice a week.

Anna Christina Nelson was also an employee that Roberta hired years ago to perform menial tasks.

These employees were working for Roberta Brown for years before the Plaintiff started to work this job.

Roberta Brown has a gregarious personality and she also sold music boxes for over 40 years to her regular customers who would often make appointments with Roberta Brown and stop by to shop with her.

(Exhibit: Pictures of Roberta Brown's stock of music boxes that she sold to her customers.

13. Response: Objection.

Plaintiff's legal, binding employment contract authorized the Plaintiff to legally work, legally move in and legally live with her client which is essentially the permission of Roberta Brown the owner of the condominium to work as the contracted live-in caregiver safety companion employee who was employed by @ Home Healthcare Agency.
The owner Roberta Brown assigned the Plaintiff, Grace Stovall her own private bedroom according to the Department of Labor laws that mandate "live-in caregivers must have private quarters in a homelike setting."
(Exhibit: Federal Department of Labor Law document for employee accommodations).

14. Response: Objection.

This offence was committed without Roberta Brown's permission
and without due process involving forgery and fraud.
Offender Jamie Bender's fraudulent opinion is irrelevant.
Offender Jamie Bender does not have the acumen to make any determination about any ones capacity.
This offence was committed without due process involving forgery and fraud.
Offender Jamie Bender is not relevant in Plaintiff's employment at this job.
Plaintiff refutes Offender Jamie Bender's malicious, prolific lies that have no merit.
Offender Jamie Bender had criminal intent.
Offender Jamie Bender and her accomplices have willfully fabricated lies and false allegations without proof for many years.
Plaintiff, Grace L. Stovall is a professional, healthcare provider with credentials and over 10 years of experience in healthcare as a caregiver.
This was the Plaintiff's job and she knows all aspects of her job and she is very familiar with her client Roberta Brown as a result of being in her client's constant company everyday as the resident Healthcare provider for a year that she worked for and lived with her client Roberta Brown.
Offenders Amy McCarty, Damon Doucet, willfully and illegally conspired with offenders Tarick Loutfi and Casandra Melton willfully and illegally stalking the Plaintiff at her "previous" job to commit the "same" crimes involving corrupt Chicago Police officers involved in an "infamous" Chicago Police "Theft Scheme" ruse robbery scam.

Offender Jamie Bender had criminal intent.
Offender Jamie Bender acted illegally without Roberta Brown's permission.
Offender Jamie Bender acted illegally without Roberta Browns knowledge of her

illegal arrangements.

Offender Jamie Bender is not relevant in the Plaintiff's employment at this job.

Offender Jamie Bender illegally forged Roberta Brown's name to illegally recruit these criminals to illegally interfere with the Plaintiff's job.

Offender Jamie Bender and illegally to usurp Roberta Brown's authority without due process, involving fraud.

Offender Jamie Bender exhibited extreme jealously against the Plaintiff.

Offender Jamie Bender's disrespectful intrusive behavior caused her to be shunned and ostracized by Roberta Brown.

The fraudulent reports willfully prepared, fabricated and presented by offenders Jamie Bender and Offender Geoffrey Shaw have no merit and no proof and are based on Offender Geoffrey Shaw's fraud and deceptive practices which he is "infamous" for.

Offender Geoffrey Shaw has no proof of anything he "opines" which is his opinion that is not factual.

**Offender Geoffrey Shaw, Amy McCarty and Offender Jamie Bender and their accomplices Platinum Healthcare and Midwest Care Management Services, Michele Henry, Benjamin Topp have a criminal history of conspiracy to commit Qui-Tam fraud and False Claim Act fraud by conspiring to willfully prepare, fabricate and falsify medical records and charges to defraud the United States government and steal government checks.**

15. Response: Objection.

Offender Geoffrey Shaw did not perform any evaluation on Roberta Brown.

Plaintiff objects to Offender Geoffrey Shaw's fraudulent report that is based on lies that have no merit.

This offence was committed without due process involving fraud.

Offenders Geoffrey Shaw and Jamie Bender had criminal intent.

Offender Geoffrey and committed illegal criminal trespass aggravated home invasion by his illegally invading the condominium with offender Jamie Bender who does not live in the condominium and did not have permission to enter the condominium.                    Page 17 of 115

Offender Geoffrey Shaw was not relevant in the Plaintiff' employment at this job and we do not know him.

Offender Geoffrey Shaw have not been deposed due to the City of Chicago's counsels conspiracy to conceal evidence.

Offender Geoffrey Shaw's fraudulent opine/opinion is not conclusive and has no merit. Offender Geoffrey Shaw has a criminal history and his reviews from his victims declare that his false diagnosis and false medical reports were riddled with lies and words that were never said"

Exhibits: (Bad reviews on Offender Geoffrey Shaw about his "false diagnosis and false report riddled with lies and words that were never said an fraudulent medical reports contained words that were never said").

Offender Geoffrey is a Defendant in numerous lawsuits for his deceptive practices, fraud and "tricking" victims to financially exploit them.

(Exhibit: Appellate court Case # 1-17-0382  (Plaintiff) Paul Cecchini vs (Defendant) (Offender Sanjay Tailor is perfidiously presiding)Geoffrey Shaw and his accomplices (another group of criminal shysters)  like offender Amy McCarty, Monahan & Cohen, Damon Doucet, Tarick Loutfi and others involved in this massive multiyear healthcare fraud scheme involving corrupt Chicago Police officers that rob their victims by illegally invading and ransacking without a warrant.

## Their "alleged" suspicions are lies that have no merit and are racist because other white employees work in the condominium with the Plaintiff and only the Plaintiff who is non-white is targeted.

### Furthermore, Plaintiff has no access to client's finances.

When Roberta Brown discovered that Offender Jamie Bender and Ingrid were stealing her money and assets from her Wells Fargo Bank accounts, she took action by circulating letters to protect herself and her assets from offender Jamie Bender and Ingrid whose illegal intrusive acts of desperation caused them to be shunned by Roberta Brown as offender Jamie Bender and Ingrid were out to get revenge against Roberta Brown.

Offender Jamie Bender conspired with offender Geoffrey Shaw who  is known for selling counterfeit medical reports, offender Geoffrey Shaw who has a criminal history of illegally selling his fabricated, fraudulent medical reports with "false diagnosis" on victims he has never seen and he is a defendant in numerous lawsuits for his perfidious, illegal, unethical, deceptive practices "tricking" people as he is described in this appellate court case 20 cv-- Paul Cecchini vs Defendant Geoffrey Shaw Page 18 of 115 Exhibit – (Offender Geoffrey Shaw's  accomplice, offender Sanjay Tailor is presiding). Offender Geoffrey Shaw is known for blaming caregivers for crimes and thefts that he

himself has committed and he operates his business as a criminal enterprise in a multiyear healthcare fraud scheme yielding unjust enrichment, self-dealing and ill-gotten gains as he illegally dispenses drugs that cause disability and death according to his reviews and victims of his fraud.

The Plaintiff had worked this job for a year and i has lived with my client Roberta Brown as her live-in healthcare provider/safety companion which I am very familiar with Roberta's daily habits as a result of working one on one with this client at this job and combined with my professional knowledge of working for 10+ years in healthcare with various types of clientele qualifies me to refute Offender Geoffrey Shaw's fraudulent report.

Offender Geoffrey Shaw's fabricated, fraudulent, bogus, counterfeit report that has "false diagnosis riddled with lies and words that were never said.".

I know Roberta better that anyone because I am in her constant company every day and no one can supersede my professional and personal knowledge of my client Roberta Brown.

No doctor, no relative no one because I live with her and they do not live with her and I will not allow you to lie on me nor lie on my client for your own unjust enrichment.

Offender Geoffrey Shaw has a criminal history and is a prolific liar and his falsified medical reports have no merit and no proof.

Offender Geoffrey Shaw has used his license for illegal, unethical, improper purposes. The evidence confirms that Offender Geoffrey Shaw has a criminal history.

16. Response: Objection.
   Offender Geoffrey Shaw did not perform any evaluation of Roberta Brown.
   Offender Geoffrey Shaw had criminal intent.
   This offence was committed involving forgery and without Roberta Brown's permission and without her knowledge.
   This offence was committed without due process.

17. Response: Objection.
   This offence was committed without Roberta Brown's permission.
   This offence was committed without Due process involving fraud.

18. Response: Objection.
   This offence of criminal trespass was committed without Roberta Brown's permission.

Offender Ingrid Brown can't authorize anyone to violate building security protocol, trespass the security check point desk to illegally access the 7th floor of the condominium building to illegally invade the condominium without permission of Roberta Brown.

This illegal offence was committed without due process involving fraud.

19. Response: Objection.

Offender Jamie Bender committed forgery without Roberta Brown' permission to use her name.

This illegal offence was committed without Due process involving fraud and forgery.

Offender Jamie Bender illegally trespassed into the condominium without Roberta Brown's permission and without the Plaintiff's permission.

Offender Jamie Bender is not relevant in the Plaintiff's contracted employment agreement at this job.

Offender Jamie Bender did not have Roberta Brown's permission to illegally interfere with the Plaintiff's job and contracted employment agreements.

Offender Jamie Bender "allegedly" filed a fraudulent order of protection declaring that the Plaintiff "moved into Roberta Brown's apartment and took over the bedroom and made Roberta sleep on a couch".

Offender Jamie Bender's Federal Court deposition testimony confirms that she knew for an entire year (prior) that the Plaintiff worked and lived with Roberta Brown in Roberta's condominium.

Plaintiff maintained a safe, impeccable and beautiful living environment for her client Roberta Brown.

The contracted employment of the Plaintiff was appropriate and compliant with the highest standards, as documented on "official" @ Home Healthcare Agency progress notes, care plan, files and records.

This "official" information was documented on a daily basis on progress notes written by the Plaintiff and also documented by Mark Ricks, the employer of @ Home Healthcare and his employee Gina, during "routine", in-person visits at the client Roberta Brown's condominium.

The documented information is a matter of official @ Home Healthcare Agency records which can be reviewed upon request.

Roberta Brown scheduled all of her own appointments with her customers and visitors in her private schedule book.

Offender Geoffrey Shaw's fraudulent reports significantly contradicts Jamie Bender's Federal Court Deposition testimony.                    Page 20 of 115

Where Offender Jamie Bender testified that "she visits Roberta Brown all the time."

Exhibit: Offender Jamie Bender's Federal Court Deposition, November 22, 2019, File No: 2854.4.

Which proves that there was no isolation as "alleged" in Geoffrey Shaw's false reports
There were 3 other employees that worked for Roberta Brown and provided their
services every day and these 3 employees had been working for Roberta for many
years.

Offender Geoffrey Shaw committed criminal trespass aggravated Home Invasion
when he physically assaulted and injured the Plaintiff at her jobsite/residence on
April 23, 2016., When he illegally trespassed into the condominium without
permission from Roberta Brown and without permission from the Plaintiff.
Offender Geoffrey Shaw had criminal intent.

Offender Geoffrey Shaw had no right to illegally trespass into the condominium.
Offender Jamie Bender had no right to illegally trespass into the condominium.
These offender had no right to illegally trespass into the condominium and assault
and injure the Plaintiff.

Roberta Brown was livid that the offenders Jamie Bender and "a strange man"
had the audacity to invade and trespass into her condominium with this strange man
and assault her employee, Grace.

The male assailant that trespassed with offender Jamie Bender was later identified
as offender Geoffrey Shaw.

Plaintiff has no access to the client's private business affairs.

Roberta Brown circulated this letter to protect herself from offenders Jamie Bender
and offender Ingrid Brown and their accomplices by asserting her exclusive authority
over herself and her assets.

Exhibit:    Roberta Brown's letter declaring that only she, Roberta brown has exclusive
authority over herself and her assets.

Offenders Jamie Bender and Geoffrey Shaw willfully fabricated false evidence
and they willfully declared audacious lies with disregard for the Plaintiff's safety.

However the Plaintiff, Grace had worked lived at this job, had her own keys and
maintained her own private bedroom for a year, with Roberta Brown's permission.
Offender Jamie Bender testified in her Federal Court deposition that she knew that
the plaintiff was working for Roberta Brown.
Exhibit-------Offender Jamie Bender's Federal Deposition, November 22, 2019,
File No: 2854.4.                                                    Page 21 of 115
Offender Jamie Bender's willful perjury and false deposition testimonies have
significant contradictions and she has no proof of anything that she has alleged.

20. Response: Objection.
    Offender Geoffrey Shaw did not perform any evaluation of Roberta Brown.

Offender Geoffrey Shaw is a stranger and we have never seen him before this illegal atrocity that he incited in the condominium.

Plaintiff and her client Roberta Brown do not know offender Geoffrey Shaw.

Offenders Geoffrey Shaw illegally trespassed into the condominium without Roberta Brown's permission and without the Plaintiff's permission.

## Offenders Geoffrey Shaw and Jamie Bender had criminal intent.

## No such conversations occurred.

## No such events occurred.

Offender Geoffrey Shaw is not relevant in the Plaintiff's contracted employment at this job.

Offender Geoffrey Shaw did not perform any evaluation of Roberta Brown due to "he took off running" when Roberta Brown belligerently screamed and demanded the offenders "get out of her condominium", when Roberta Brown saw these offenders attacking Grace she screamed "You hit Gracie, I'm calling the security police on you" at that point Offender Geoffrey Shaw took off running and Roberta was livid when she screamed "Jamie Get out of her with this jealous bullshit". Offender Jamie Bender vowed to get revenge, screaming "I'm going to get you". And then she took off running behind offender Geoffrey Shaw.

Roberta threatened these home invaders with arrest and she called the police/security on offender Geoffrey Shaw and Jamie Bender for breaching Security protocol and illegally accessing the 7th floor to commit illegal force-in criminal trespass without Roberta Brown's permission.

Roberta Brown and the Plaintiff filed formal complaints with the Imperial Towers Condominium management office manager Peggy Budwig, Shamiran Azo, Evelyn and Debbie about the breach in security protocol resulting in the assault and injuries and robbery of the employee, plaintiff.

## The Admiral Security had a meeting about the security breach that allowed the illegal trespass to the 7th floor and the condominium.

Offender Geoffrey Shaw has a criminal history of selling his fabricating fraudulent medical records with false diagnosis for victims he has never seen.

Offender Geoffrey Shaw's fraudulent opine/opinion is not conclusive and his lies have no merit and no proof.                    Page 22 of 115

The evidence confirms that Offender Geoffrey Shaw's opine/opinion is not factual.

Offender Geoffrey Shaw is a Defendant in numerous lawsuits for his fraudulent, illegal, deceptive practices, "tricking" victims to financially exploit his victims and According to one of his victims, Offender Geoffrey Shaw's falsified medical records "contained words that were never said".

Offender Geoffrey Shaw's fraudulent opine/opinion is illegally "For Sale" to commit

Qui-tam Fraud and False Claims Act. Fraud.

Offender Geoffrey Shaw's is "infamous" for selling his "fraudulent" medical reports for illegal and improper purposes.

Offender Geoffrey Shaw's "alleged" credentials are questionable.

Bad Reviews on Geoffrey Shaw reporting his "false diagnosis and false medical reports contained words that were never said."

Exhibit: Appellate court lawsuit naming Offender Geoffrey Shaw as a Defendant in Appellate lawsuit naming Defendant Geoffrey Shaw and his accomplices.

Exhibit: Offender Geoffrey Shaw as a defendant for "tricking" a victim and other crimes

21.     Response: Objection.

This Illegal offense was committed without Roberta Brown's permission.

This illegal offence was committed without due process involving fraud.

22. Response: Objection.

This Illegal offense was committed without Roberta Brown's permission.

This illegal offence was committed without due process involving fraud.

23. Response: Objection.

This Illegal offense was committed without Roberta Brown's permission.

This offence was committed without due process involving fraud.

24. Response: Objection.

This Illegal offense was committed without Roberta Brown's permission.

This illegal offence was committed without due process involving fraud.

25. Response: Objection.

This Illegal offense was committed without Roberta Brown's permission.

This illegal offence was committed without due process involving fraud.

26. Response: Objection.

Illegal offense was committed without Roberta Brown's permission.

Offenders Platinum Healthcare was present and involved with this group of criminal trespassers.

Illegal offense was committed without a warrant.              Page 24 of 115

27. Response: Objection.

This illegal offense was committed without Roberta Brown's permission.

Offenders Platinum Healthcare was present with this group of "home invaders" that illegally breached security protocol to illegally trespass into the condominium building and illegally access the 7th floor with the Defendant Chicago Police officers that were (armed with guns) that illegally "invaded" the building and the condominium illegally without a warrant.

28. Response: Objection.

This illegal offense was committed without Roberta Brown's permission.
The "group" of offenders did not show any identification and did not show
any order of protection to the Defendant Chicago Police officers.
The Defendant Chicago Police officers did not ask to see any identification
from this "group" of offenders.
The Defendant Chicago Police officers did not ask to see any paperwork
because the Chicago Police officers took the offenders at their word.
The Defendant Chicago Police officers did not ask to see any order of
protection document because the Defendant Chicago Police officers
took the offenders at their word.
Exhibit: D, Defendant Clark Deposition, Page 74, 18-19-20-21-22-22-23-24.
Page 64, 1-2.

29. Response: Objection.

This Illegal offence was committed without Roberta Brown's permission.
The "group" of offenders did not show any identification and did not show
any "alleged" order of protection to the Defendant Chicago Police officers.
The defendant Chicago Police officers did not ask to see any identification
of this "group" of offenders.

The Defendant Chicago Police officers did not ask to see any paperwork
from the "group" of offenders, because the Chicago Police officers
took the offenders at their word.

The Defendant Chicago Police officers did not ask to see any "alleged"
order of protection document, because the defendant Police officers
took the "group" of offenders at their word.

The Defendant Chicago Police officers did not ask to see any proof of what
the "group of offenders were telling them, because the Police officers
took the offenders at their word.
Exhibit: D, Defendant Clark Deposition, Page 74, 18-19-20-21-22-23-24.
Page 64, 1-2.

30. Response: Objection.

This Illegal offense was committed without Roberta Brown's permission.
This Illegal offense was committed without a warrant.          Page 25 of 115
31. Response: Objection.
This illegal offence was committed without Roberta Brown's permission.

This illegal offence was committed without a warrant.

Offender Jamie Bender and this "group" of "criminals" testimonies confirm that they willfully and illegally breached the condominium building security protocol and they never should have made it to the 7th floor to "allegedly" knock on the condominium door.

Plaintiff was in her private bedroom and did not hear anyone "allegedly" knock on the condominium door.

Offender Jamie Bender did not knock on the condominium door.

These offenders had criminal intent when they illegally trespassed into the condominium community building unannounced, without authority and without a warrant.

Offender Jamie Bender and her "group" of accomplices and the Defendant Chicago Police officers had criminal intent when they breached security protocol to illegally access the 7th floor of the condominium building when the condominium is located.

## Imperial Tower Condominium Building Security Protocol is as follows:

1. Imperial Towers Security must "announce" the presence of the person that is downstairs in the lobby at the Security check point desk.

2. Imperial Towers Security staff must "<u>call</u>" up to the residents in the condominium and "request permission" from the condominium occupants.

If "denied access" by the condominium residents Security staff must inform the person they have been "denied access" and the Security will enforce security policy that the person must leave the building premises.

3.If authorized by the residents, the visitor must show their identification to Security staff, sign their same name in the security log book and the Security staff will buzz the visitor in through the locked doors and the expected, authorized visitor will proceed to the elevators up to the floor. None of this Security protocol process happened on April 25, 2016 when these offenders illegally accessed the floor and illegally accessed the condominium.

None of this Security protocol process happened on April 23,2016 when offender Jamie Bender and her accomplice Geoffrey Shaw illegally accessed the 7th floor assaulted and injured the Plaintiff after they willfully and

illegally breached security protocol and illegally accessed the Imperial Towers condominium building without the owner Roberta Brown's authorization and without the Plaintiff's authorization to enter the condominium building.

There is no key to access this high security building.

There is no key to access the condominium floors.

This is an upscale condominium building is secured by a security staff of numerous security personnel enforcing an elevated level of high security due to the condominium community has celebrities and wealthy condominium owners that reside in this historic building.

Exhibit: (Description of Imperial Towers condominium building including photos)
Exhibit: (Imperial Towers condominium building security protocol)
32.Response: Objection.

This Illegal offence was committed without Roberta Brown's permission.

This illegal offence was committed without a warrant.

These home invaders had criminal intent.

Offender Jamie Bender did not live in the condominium and she willfully conspired with her accomplices, offenders Amy McCarty, Ingrid Brown, Damon Doucet, Michele Henry, Platinum Healthcare, Midwest Care Management Services and the Defendant Chicago Police officers (armed with guns) to illegally "invade" and criminally trespass into the condominium that offender Jamie Bender does not live in.

These offenders had criminal intent to "overtake", rob and endanger the Plaintiff's life. The Defendant Chicago police officers did not have a warrant to trespass into the condominium.

The Defendant Chicago Police did not have probable cause to trespass into the condominium.

The Defendant Chicago Police did not have permission from Roberta Brown (the owner of the condominium) to trespass into her condominium.

The Defendant Chicago Police did not have permission from the Plaintiff to trespass into the condominium.

The Plaintiff recognizes this Chicago Police theft Scheme ruse robbery scam because due to the Chicago Police committed this same Chicago Police "theft Scheme" ruse robbery scam at the Plaintiff's "previous" jobsite/residence in Federal Case 2016 cv 4004, Grace Stovall vs City of Chicago Police officers.

Exhibit: Plaintiff's Federal lawsuit 2016 cv 4004

Attorney Gregory Kulis settled this case against the Defendant City of Chicago and its corrupt Chicago Police officers and now the Chicago Police have re- victimized the Plaintiff again by committing the exact same police scam to rob the Plaintiff again !

Exhibit: B Stovall Deposition, Page 96, 18-19-20-21-22-23.

Page 97, 5.

Defendant Exhibit: D, Clark Deposition, Page 71, 15-16-17-18-19-20-21.

Exhibit: Offender Amy McCarty Interview, October 29, 2019, File No: 2854.4

Offender Amy McCarty testified that offenders Platinum Healthcare was involved, entered with their group and was present in the condominium.

Exhibit: Offender Michele Henry Interview, November 26, 2019, File No: 2854.4

Offender Michele Henry testified that offenders Platinum Healthcare was involved, entered with their group and was present in the condominium.

Exhibit: Interrogatory, Offenders Platinum Healthcare was involved, entered with their group and was present in this illegal condominium home invasion involving the Defendant Chicago Police officers (armed with guns.)

The Defendant Chicago Police officers conspired to illegally "invade" the condominium with the offenders Platinum Healthcare.

Exhibit: B, Stovall Deposition, Page 98, 22

Page 99, 11.

32. These offenders illegally committed criminal aggravated trespass robbery home invasion by illegally trespassing into the building and the trespassing into the condominium without Roberta Brown's permission and without the plaintiff's permission

33.Response: Disputed in part. (Appearance is a matter of the observer's opinion)

Plaintiff was in her private bedroom and Roberta Brown was sitting on her sofa bed couch in the front room by her cable T.V, as we had just returned to the condominium from "socializing" in the building lobby garden which is Roberta's favorite daily activity due to her fun loving, gregarious personality.

Exhibit: B Stovall Deposition, Page 96, 18-19-20-21-22-23.

Page 97, 5.

34.Response: Objection.

This illegal offence was committed without Roberta Brown's permission.

This Illegal offence was committed without a warrant.

35. This illegal offence was committed without a warrant.

Defendant Chicago Police illegally abducted the plaintiff and forcibly removed her from the condominium and hit the Plaintiff in her back pushing her out of the condominium.

Exhibit: B, Stovall Deposition, Page 107, 14-15-15-17-18-19-20-21.

Page 108, 18-19-20.

Page 117, 13-14-15-16-17-18-19-20-21-22.

Page 119, 20-21-22.

Page 123, 5-6-7-8-9-10

Exhibit: Offender Amy McCarty's Interview, October 29, 2019, File No: 2854.4  Offender Amy McCarty testified that the Defendant Chicago Police officers escorted the Plaintiff downstairs.

Offender Amy McCarty testified that the Defendant "Chicago Police officers make sure that things went smoothly" to remove the Plaintiff from her job so that their accomplices Platinum Healthcare could step in.

Exhibit: Offender Damon Doucet Interview, November 19, 2019, File No: 2854.4

Offender Damon Doucet testified that he threatened to handcuff the Plaintiff to force her to obey the Chicago Police officer's commands.

Exhibit: Offender Jamie Bender Interview, October 29, File No: 2854.4

Offender Jamie Bender testified that the Defendant Chicago Police officers told the Plaintiff she has to leave the condominium premises and the police told the Plaintiff that they have a right to be there.

Offender Jamie Bender testified that the Plaintiff told the Chicago Police officers they don't have a right to be there in the condominium.


36. Response: Objection.

This illegal false imprisonment of the Plaintiff was committed by the Defendant Chicago police officers that illegally trespassed and invaded into the condominium without a warrant as they illegally escorted the group of civilian strangers that had criminal intent. This illegal offence was committed without a warrant.

Plaintiff did identify the Defendant Chicago Police officers and their badge numbers and names and the Chicago police officers also identified the Plaintiff as the resident in the condominium that they illegally trespassed into and invaded without a warrant and without probable cause.

All three of the Defendant Chicago Police officers were present in the condominium, working together and illegally false imprisoned, illegally restrained and illegally abducted the Plaintiff from her jobsite/residence.

All three Defendant Chicago Police officers illegally arrested and forced removed the Plaintiff from the condominium against her will.                    Page 29 of 115

# These Defendant Chicago Police officers are using the "Blue code of Silence to illegally cover-up for each other.

Exhibit: Definition of the "infamous" Chicago Police "Blue Code of Silence" that the Police use to cover-up crimes that the Chicago Police commit against their victims.

37.Response: Objection.
Defendant Chicago Police officers also illegally false imprisoned and abducted the Plaintiff from her jobsite/residence.
Exhibit B: Stovall Deposition, Page 120, 1-2-3-4-5-6-7-8-9-10-11-12-13-14-15-16-17-18-19-20-21-22-23-24.
Page 118, 1-2.
Page 119, 1-2-3-4-5-6-7-8-9-10-11-12-13-14-15-16-17-18-19-20-21-22-23-24.
Page 117, 1-2-3-4-5-6-7-8-9-10-11=12-13-14-15-16-17-18-19-20-21-22-23-24.
Page, 123, 5-6-7-8-9-10

38.Response : Objection.
The Chicago Police officers enforced the Blue code of silence.

39.Response: Objection.
This illegal offences was committed without Roberta Brown's permission.
This illegal offence was committed without a warrant.
Plaintiff was threatened with handcuff threats and intimidation abuse to force her to obey Chicago Police commands while they false imprisoned the Plaintiff.
(Exhibit B, Stovall Deposition Page 107
Exhibit: Damon Doucet Deposition, November 19, 2019, File No: 2854.4
Damon Doucet testified that he threatened the Plaintiff with handcuffing threats to force her to obey the Chicago Police commands.

40. Response: Objection.
The evidence confirms that the Plaintiff requested expert witnesses.
Plaintiff filed over 71 names and information of witnesses that have discoverable information and knowledge about the Plaintiff's Federal lawsuit,
however, none of the Plaintiff's witnesses were contacted by counsels.

(Exhibit: G, Plaintiff's Mandatory Initial Discovery Disclosures).          Page 30 of 115

**41.Response: Objection.**

Plaintiff filed names and information of over 71 names and information of witnesses that have discoverable information and knowledge of the Plaintiff's Federal lawsuit however, none of the Plaintiff's witnesses were contacted by counsels.

(Exhibit: G, Plaintiff's Mandatory Initial Discovery Disclosures.)

## Additional Background Information Exhibits

The evidence proves that Defendant Chicago Police officer Brian McMahon knowingly and willfully made false material statements while under oath, in the Federal Court deposition.

The evidence and his Federal Court deposition testimony proves and confirms that Defendant Chicago Police Officer Brian McMahon willfully falsified police reports with lies and exaggerations that have no merit.

I Grace L. Stovall, Plaintiff, state under oath, that I refute Defendant Chicago Police officer Brian McMahon's falsified police reports # HZ 246484

The evidence and his Federal court deposition testimony proves that Defendant Brian McMahon willfully implemented self-dealing and unjust enrichment.

I was present and personally witnessed Defendant Chicago Police Officer Brian McMahon willfully commit perjury repeatedly in the Federal Court deposition.

The evidence proves that Defendant Chicago Police Officer Brian McMahon willfully aided and abetted the offenders while he eluded me and gave me the "runaround" to undermine my victimization.

The evidence proves that Defendant Chicago Police officer Brian McMahon, Badge # 21392 implemented a "code of silence" to deny me police services.

Detective Brian McMahon refused to investigate, charge and arrest the offenders and he illegally "tagged" the assault and battery, robbery case as non-criminal and he secretly and illegally closed the assault and battery, stalking, criminal aggravated trespass home invasion, robbery, looting and hate crime case, without informing me, an injured victim.

The evidence proves that Defendant Detective Brian McMahon refused to locate my personal property, clothing, cash, valuables and evidentiary evidence that were stolen from me and looted from my jobsite/residence.

The evidence proves that Defendant Brian McMahon willfully "acted under the color of law" and conspired to willfully conceal evidentiary evidence to "pervert the course of justice".

The evidence proves that Defendant Chicago Police Officer Brian McMahon willfully refused to interview me and he deliberately eluded me, an employee and injured victim. Page 32 of 115 The evidence proves that Defendant Chicago Police Officer Brian McMahon's federal court deposition testimony is significantly inconsistent with his falsified police reports and he has stated a multitude of discrepancies, proving he has willfully and knowingly lied and willfully committed perjury, which proves his mens rea  (guilty mind).

I personally witnessed Defendant Brian McMahon willfully, knowingly and repeatedly lie, while he was under oath, in the federal court deposition.

The evidence and his federal court deposition testimony proves that Defendant Chicago Police Officer Brian McMahon willfully committed perjury repeatedly when he testified that he could not find me and he alleged bogus dates in his falsified reports, that have no merit.

The evidence proves that the police reports written by Defendant Chicago Police Officer Brian McMahon were intentionally compromised, impeded and undermined by Defendant Chicago Police Officer Brian McMahon.

The evidence proves that Defendant Chicago police officer Brian McMahon falsified his police reports with bogus information, bogus interviews and lies about the Aggrieved Plaintiff, that are without merit.

The evidence proves that corrupt Chicago Police officers and their accomplices have stalked me at my previous jobs, committing hate crimes, using these same participants (corrupt Chicago Police Officers armed with guns) and the same methods of hate crime, criminal aggravated trespass, home Invasion, robberies, lootings using illegal restraint arrests and excessive force "hijacking" tactics and illegal lock-out and illegal evictions committed by corrupt Chicago Police officers to force remove me from my places of employment jobsites/residences which gives them access to rob and loot my substantial personal property, valuables, cash, and evidentiary evidence.

I also discovered later that Defendant Detective Brian McMahon had fraudulently "tagged" the case as "non-criminal" and he secretly closed the case without notifying me, an injured employee and victim, leaving me robbed and injured with numerous accruing medical bills, abandoned and disserviced.

The evidence proves that Defendant Detective Brian McMahon willfully acted "under the color of law" as a result of his "perverting the course of justice" to implement the "code of silence".

The evidence proves that Defendant Chicago Police Officer Brian McMahon conspired with his accomplices to use his position as a Chicago Police Officer Detective to "frame" the aggrieved plaintiff for "fake crimes" with his falsified police reports that have no merit.                    Page 33 of 115

Defendant Brian McMahon has willfully conspired to testify to false misleading, fabricated information, that is without merit which proves his intent to deceive the United States Federal District Court tribunal.

The evidence proves that Defendant Chicago Police officer Brian McMahon's malfeasance and his deliberate liable, slander and character assassination witness tampering, defamation of character, has caused loss of income, loss of property, loss of future earnings, loss of lifestyle, willful reputation harm, loss of my professional career, willful illegal tortious interference in my private contracted employment agreement arrangements in violation of numerous employment laws and a multitude of permanent irreparable damages that are supported by this complaint.

The evidence confirms that Defendant Detective Brian McMahon's falsified "police" report # HZ 246484 contains "lies" that have no merit and these "lies" continue to cause permanent irreparable, insurmountable damages and irreparable injuries, to date, due to their fraudulent existence.

Defendant Chicago Police Officer Brian McMahon's willful conduct caused irreparable damages and injuries inflicting harms that no monetary compensation can cure, nor put conditions back the way they were.

I am demanding that Defendant Chicago Police officer Brian McMahon recant his deliberately falsified police report # HZ 246484 and all of his falsified reports against injured employee, Aggrieved Plaintiff, Grace L. Stovall

I am requesting of this Honorable court to impose mandatory police sentencing against Defendant Chicago Police Officer Detective Brian McMahon.

Further Affiant Sayeth:

Respectfully submitted,
By Grace L. Stovall, Aggrieved Plaintiff

To date, my personal property, clothing, valuables, cash and evidentiary evidence that were stolen from me by corrupt Chicago Police officers and their accomplices that illegally ransacked and looted  substantial, valuable, personal possessions from my jobsite/residence, have not been returned to me

and I am demanding that the Defendants, Chicago Police Officers and their accomplices effectuate their jobs as public servants, under oath to expedite the return of everything that they stole from me.

The evidence proves that all of these crimes and offenders are connected, related and associated involving corrupt City of Chicago Police Officers that are involved in a series of "Theft Schemes" committed by numerous corrupt Chicago Police Officers.

Exhibit: (newspaper articles headlining Chicago Police "Theft Scheme" operating in Illinois confirms that corrupt Chicago Police Officers illegally ransack an pilfer personal property and cash during illegal home invasion searches and they share the proceeds with their informants and accomplices.

Page 35 of 115

The evidence proves that the Defendant City of Chicago Police Officers used this "same lie" that an "alleged employer" was on their phone, allegedly discussing

my private, confidential employee information with them on their cell phones. This lie has no merit.

The evidence proves that these Offenders are using this "same lie" in this case also, confirms that this is an obvious "scam" that is connected to the previous criminal aggravated trespass robbery, home invasion, looting spree, hate crime, committed by corrupt Chicago Police officers that illegally arrested me, illegally indecent exposed me, robbed me and illegally ransacked and looted my private, personal property, valuables, cash and evidentiary evidence at my previous jobsite/residence on April 14, 2015.

(See Exhibit    Photo of private doors illegally busted down with a battering ram by corrupt Chicago Police Officers, at the Aggrieved Plaintiff, Grace Stovall's previous jobsite/residence on April 14, 2015.

The evidence proves that corrupt Chicago Police Officer Pauline Heard Badge # 19787, wrote a ransom note demanding the Aggrieved Plaintiff, pay the Chicago Police Officers at 51st police station a "cash money ransom" to get her personal property back that the corrupt Chicago police officers stole from her when they committed the previous illegal criminal aggravated trespass, robbery home invasion, illegal arrest, illegal eviction, illegal lockout and looting spree at her previous jobsite/residence on April 14, 2015.

The evidence proves that the City of Chicago's inaction supports this criminal activity from its corrupt City of Chicago Police officers and their accomplices involved in this Chicago Police "theft scheme".

1. The evidence proves that the Defendant City of Chicago has unlawfully and willfully refused to prosecute these Defendants corrupt Chicago Police Officers and their accomplices, for the multitude of "hate crimes" of stalking, criminal aggravated trespass, robbery residential home invasions, ransacking, & looting in

a series of federal criminal offences that these repeat offenders have committed against employee, aggrieved plaintiff, Grace L. Stovall, at her jobsites/residences.

2. The evidence proves that the City of Chicago's inaction supports this illegal Chicago police "theft scheme" and its criminal activities from its corrupt Chicago Police officers and their accomplices.

3. The evidence confirms that the Defendant City of Chicago has conspired with the offenders to implement liable, slander, defamation of character, without merit.

4. The evidence proves and confirms that the Defendant City of Chicago has illegally denied me equal protection of the laws.

5. The evidence proves that the Defendant City of Chicago has illegally denied me victim assistance, during a worldwide pandemic.

6. The evidence proves that the Defendant City of Chicago has illegally denied me services, during a worldwide pandemic.

7. The evidence proves that the Defendant City of Chicago has maliciously compounded my victimization by its inaction, illegally denying me resources and illegally denying me services during a worldwide pandemic.

8. The evidence proves that the City of Chicago has impeded, compromised and undermined this case with frivolous, vexatious motions to illegally, willfully and maliciously implement oppression, causing the Aggrieved Plaintiff, Grace L. Stovall, to suffer and exist in poverty, indigence and homelessness, without resources and unable to provide basic needs, during a worldwide pandemic.

Further Affiant Sayeth:
Grace L. Stovall, Aggrieved Plaintiff                              Page 37 of 115

The evidence proves that the City of Chicago has refused to initiate the return of my personal property, clothing, shoes, valuables, cash and evidentiary evidence that was stolen, ransacked and looted by corrupt City of Chicago Police officers

and their accomplices, in both robbery cases, committed on April 14, 2015 and again on April 25, 2016.

The evidence proves that all of these crimes and offenders are connected, related and associated with corrupt City of Chicago Police officers involved in a "Theft Scheme" operating in Chicago, Illinois that illegally ransacks and pilfers personal property and cash during illegal residential home invasion searches and they share the proceeds with their informants and accomplices.  Exhibit page 31 newspaper articles about the Chicago Police criminal racketeering "Theft Scheme"

The evidence confirms that when I reported these hate crimes to the proper authorities seeking victim assistance, the Defendant City of Chicago discriminated against me and illegally and repeatedly denied me services that they advertise for crime victims and residents of the City of Chicago, Illinois.

The evidence proves and confirms that the Defendant City of Chicago et. al. has illegally, repeatedly and deliberately denied me equal protection of the laws.

Further Affiant Sayeth:

_____

Grace L. Stovall, employee, injured victim and Aggrieved Plaintiff

July 7, 2020

Page 38 of 115

# United States District Court

**Grace Stovall vs Amy McCarty**

**2017 cv 4762**

Grace L. Stovall's Affidavit that offenders Amy McCarty, Ingrid Brown, Peggy Budwig and Shamiran Azo conspired to conceal the two incident reports that are evidentiary evidence in this federal court case.

I Grace L. Stovall, state under oath, that I was present with my client in the Imperial Towers management office on the morning of April 25, 2016 and my client, Ms. Roberta Brown and I personally submitted formal incident reports to the Imperial Towers building manager, Peggy Budwig and her assistant Shamiran Azo, Debbie and Evelyn.

The incident reports detailed the criminal breach of security protocol that allowed trespassers to commit criminal aggravated trespass, assault and battery, robbery and residential home invasions committed in my jobsite/residence, condominium #724.

The Offenders that illegally committed criminal aggravated trespasses/home invasion, assault and battery, and robbery, physically attacked me causing serious injuries to my person, some of a permanent nature, stole all of my substantial personal property, valuables, cash, tangible work, files and evidentiary evidence from condominium # 724.

Roberta Brown (key witness to the attack) and I both reprimanded Peggy Budwig and Shamiran Azo for the breach in security protocol and the failure to respond to the emergency calls for help and the failure to apprehend the trespassers that criminally trespassed and assaulted me on April 23, 2016 while I worked as a professional live-in caregiver/safety companion, essential worker to the owner of the condominium # 724

The evidence proves that the Imperial Towers Condominiums are a trap.

The evidence proves that all of these hate crimes and offenders are connected, related and associated in a Criminal Racketeering "Theft Scheme" that is infamous for operating in Chicago, Illinois involving corrupt City of Chicago Police officers that conspire with building security to pilfer personal property, cash and valuables during illegal robbery home invasion searches, illegal ransacking, pilfering, illegal looting, illegal arrests without a warrant and without due process to subdue, rob, and loot the occupants in the condominium dwelling, jobsite/residence, and then these Offenders share the proceeds with their informants and accomplices.

The evidence confirms that offender Damon Doucet stalked the plaintiff at her previous jobsite/residence when he implemented the same "theft scheme, witness tampering and illegal tortious employment interference with his accomplices (corrupt Chicago Police

officers, armed with guns) and offender Tarick Loutfi, proving that offender Damon Doucet willfully committed perjury when he lied and falsely declared in the Federal Court deposition interview that he did not know of the Aggrieved Plaintiff before this.
These offenders had criminal intent.

I Grace L. Stovall, state under oath that during my employment as the professional live-in caregiver/safety companion, essential worker to my clientele, I have been assaulted and overtaken and robbed by numerous corrupt Chicago Police Officers that are emboldened by a "code of silence" within the Chicago Police Department that allows these corrupt Chicago Police Officers to remain on the Chicago Police force despite their troubled history of police corruption and police misconduct.

This is the 4th time that corrupt Chicago Police Officers have illegally interfered with my employment by their criminally trespassing into my worksites/residences to target me and commit hate crimes, illegally false arrest me repeatedly while they rob my jobsite/residence of my substantial personal property, assets, valuables, cash and evidentiary evidence.

I reported this series of crimes to Internal Affairs, to no avail.

I reported this series of crimes to C.O.P.A., to no avail.

I reported the "hate crimes" committed against me to the City of Chicago Hate Crime Unit, to no avail.

The evidence proves that City of Chicago Hate Crime Unit is affiliated with the Defendant Chicago Police Department.

The evidence proves that the Defendant City of Chicago supported and encouraged these offenders to feel "untouchable" and the Defendant City of Chicago's inaction towards these offenders proved to them that the rule of law does not apply to them.

The evidence proves that all of these crimes and offenders are related, connected and associated in criminal RICO racketeering "theft scheme hate crimes involving corrupt Chicago Police officers pilfering personal property and cash during illegal home invasion searches and they share the proceeds with their informants and accomplices. Exhibit page 40 of 115

Picture of employee, Aggrieved Plaintiff, Grace L. Stovall's private doors illegally busted down by corrupt Chicago Police Officers with battering rams at her previous jobsite/residence in a series of Criminal Aggravated Trespass Robbery/Residential Home Invasion, ransacking, looting Sprees and Indecent Exposure Crimes implemented by corrupt Chicago Police Officers on April 14, 2015.

Note: The evidence proves that corrupt Chicago Police Officer Jacob ElDinger Badge # 10865, illegally changed the date of this crime in the official police records as he illegally deleted evidence from the official police records by illegally tampering with official police records to conceal the "theft scheme" hate crimes, Criminal aggravated trespass, robbery, residential home invasion, looting sprees, illegal arrests, illegal lock-out and illegal eviction that the corrupt Chicago Police Officers at 51st Wentworth Police Station committed without a warrant, without due process on April 14, 2015 and again on April 28, 2015.

The evidence proves that these crimes were committed by the following corrupt Chicago Police officers:
Chicago Police Officer- John Slowinski  Badge # 1951 , Chicago Police Officer- Peter Delgado  Badge # 10509
Chicago Police Officer- LaMonica Lewis Badge # 3601, Chicago Police Officer- Pauline Heard Badge # 19787,
Chicago Police Officer- Troy Williams Badge # 2670, Chicago Police Officer- Aurimas Janusonis Badge # 15290
Chicago Police Officer- Hosea Word Badge # 2031  , Chicago Police Officer- Kelly McBride Badge #
Chicago Police Officer-Judith Murphy Badge # 18690  and their accomplices and Chicago police officers TBA
The evidence proves that corrupt Chicago Police Officer Pauline Heard wrote a ransom note demanding that the Aggrieved Plaintiff, pay the Chicago Police Officers a "cash money" ransom to return the personal property that the Chicago Police Officers stole from her on April 14, 2015.

The evidence proves that corrupt Chicago Police officer Pauline Heard wrote numerous "false police reports for "fake crimes" and her falsified police reports have no merit.

**The evidence proves that offender Amy McCarty willfully and knowingly made false material statements in the Federal Court deposition.**

The evidence and her Federal Court deposition testimony proves that offender Amy McCarty willfully testified to lies and exaggerations that have no merit.

I Grace L. Stovall state under oath, that I refute Offender Amy McCarty's false testimony and fabricated lies declared in her Federal Court deposition.

The evidence proves the Offender Amy McCarty's Federal Court deposition testimony significantly contradicts her accomplice's testimony, and she willfully declared a multitude of discrepancies, proving beyond a reasonable doubt that Offender Amy McCarty has willfully and knowingly committed perjury in this Federal court deposition interview proceeding which proves her mens rea (guilty mind).

Offender Amy McCarty had criminal intent.
Offender Amy McCarty did not have Roberta Brown's permission to illegally trespass into her condominium, residence.
Offender Amy McCarty did not have the Plaintiff's permission to illegally trespass into her residence/jobsite, the condominium.
Offender Amy McCarty willfully declared audacious lies about the Plaintiff with disregard for the Plaintiff's safety.
Offender Amy McCarty had victimized and robbed the Plaintiff before.
Offender Amy McCarty conspired with Tarick Loutfi and Damon Doucet to victimize the Plaintiff at her "previous" job using these same illegal "hijacking" tactics involving corrupt Chicago Police Officers (armed with guns) "to make sure things go smoothly" as she declared in her Federal Court deposition testimony, Exhibit: Offender Amy McCarty Federal Court deposition,      2019, File No: 2    .4.4

Offender Amy McCarty's false testimony in the Federal Court deposition confirms that she has conspired to willfully and knowingly testify to

false misleading information with intent to deceive the United States Federal Court tribunal.

The evidence proves and confirms that Offender Amy McCarty's false federal court deposition testimony has no merit and her deliberate false deposition testimony also contradicts my <u>official</u> employer's statement dated 7-24-19.

I was paid to work and provide the same schedule of services at this job.

The evidence proves that there was no interruption in my schedule of services at this job.

The evidence proves that there was no notification to me nor my client of any interruption in my schedule of services at this job.

The evidence proves that Offender Amy McCarty acted willfully and illegally as she was never involved in my contracted employment agreement arrangement at this job, therefore she was not privy to any of my private confidential employment information the evidence proves that her illegal tortious interference is in violation of numerous employment labor laws.

Offender Amy McCarty's testimony in the federal court deposition proves that she has willfully testified to false misleading information with intent to deceive the United States District Federal Court tribunal.

The evidence proves that Offender Amy McCarty's willful perjury and deceptive false federal court testimony overwhelmingly contradicts the testimony of the other offenders, (her accomplices) which is indicative of the fact that Offender Amy McCarty's testimony is "trumped-up" stories based on her fabricated lies that have no merit.

Offender Amy McCarty's false testimony about an "alleged employer" on her phone discussing my private confidential employment information with her and the corrupt Chicago Police officers is another one of their "trumped-up" lies that has no merit.

The evidence confirms that offender Amy McCarty is a perfidious, jealous, deceitful criminal.

The evidence confirms that Offender Amy McCarty conspired to illegally exert financial and political influence to commit these Federal crimes involving the Defendant Chicago Police.

Exhibit Page 43 of 115

I recognized this "hate crime "theft scheme" scam because the corrupt City of Chicago Police robbed me and looted my valuables using this exact same "scam" at my previous jobsite/residence on April 14, 2015.

The evidence proves that offender Amy McCarty is skilled in deception, manipulation and convolution, self-dealing and unjust enrichment.

The evidence proves that offender Amy McCarty is skilled in illegally testifying to lies (allegedly) on behalf of other people, that are not present and without their knowledge, and her prolific lies have no proof of anything that she has testified to including her willful perjury about fictitious people, without names, that were never mentioned nor documented in discovery.

The evidence confirms that offender Amy McCarty has perfidiously changed her deceptive lies regarding private, confidential, restricted, protected employee status and employment information that she is not privy to and that is none of her business.
The evidence confirms that offender Amy McCarty initially declared deliberate fabricated, audacious lies "alleging" a "fictitious termination" that has no merit.

The evidence confirms that official Government documented payroll records confirm that employee, aggrieved Plaintiff, Grace L. Stovall was not terminated and she worked for her official" employer @ Home Healthcare at this job and she was paid employee payroll checks with all of the required Government tax and pre tax deductions.

The evidence proves that Offender Amy McCarty knowingly and willfully made false material statements in this Federal court deposition proceeding about the October 1, 2016 incident that she perpetrated at my jobsite/residence.

The evidence proves that Offender Amy McCarty's prolific lies significantly contradict the police report # HZ 456788.

Offender Amy McCarty's prolific lies state a multitude of discrepancies that contradict the Police report RD #HZ 456788 dated October 1, 2016.

The evidence proves that this falsified police report was prepared by her accomplices, Defendant Chicago Police Officers Krzysztof Gmedziejko Badge # 18696 and Defendant Chicago Police Officer Robert Murphy Badge # 3786

Me and witnesses called the police on Offender Amy McCarty when the offenders "ambushed" me and she physically attacked me and injured me.

When the Defendant Chicago Police officers arrived I showed the police the tangible court order instructing me to identify and move my personal property and I requested that Defendant Chicago Police Officer Krzysztof Gmedziejko and Defendant Chicago Police Officer Robert Murphy give me a police report and I requested that these Chicago Police Officers arrest Offender Amy McCarty for physically attacking me an injuring me in the presence of my hired movers and witnesses, as Offender Amy McCarty willfully defied the court order instructing me to identify my personal property and move it on October 1, 2016 at 9:00 a.m.

Defendant Chicago Police officer Krzysztof Gmedziejko and Defendant Chicago Police officer Robert Murphy displayed racists attitudes and they refused to do their jobs, they refused to assess the situation and as a result of their inaction, prejudice, bias and disrespect towards me, (an injured victim) they willfully denied me service and they willfully denied me a police report and they willfully refused to arrest the Offender Amy McCarty for physically attacking me and injuring me at my workplace/residence on October 1, 2016.

The evidence proves that the Defendant, Chicago Police Officer Krzysztof Gmedziejko and Defendant Chicago Police Officer Robert Murphy willfully "falsified" the police report as a result of their conspiracy with Offender Amy McCarty to falsely add her name as a victim on the police report to "help her out" as they called it.

Me and my hired movers and the witnesses overheard theses corrupt Chicago police officer's negotiating inappropriate bribery discussions with the offenders.

"I was the only victim" in this incident and these corrupt Chicago Police officers Krzysztof Gmedziejko and Robert Murphy willfully conspired to falsely document the contrary, with racial epithets, to "tag" the falsified police report and undermine my victimization while they conspired to willfully deny me victim assistance and they conspired to willfully deny me police services and they told me that "they are not giving me a police report".

The evidence proves that the police reports written by Defendant Chicago Police officer Krzysztof Gmedziejko and Defendant Chicago Police officer Robert Murphy were compromised, undermined, and impeded by these corrupt Chicago Police officers.

Defendants Chicago Police Officer Krzysztof Gmedziejko and Robert Murphy willfully and illegally "evicted" the aggrieved plaintiff, from the Imperial Towers Condominium building, without authority.

Defendants Chicago Police officer Krzysztof Gmedziejko and Defendant Chicago Police officer Robert Murphy informed the aggrieved plaintiff that she is "permanently banned" from the Imperial Tower Condominium building and they ordered police commands to the Imperial Towers Condominium building security staff to "permanently ban" the aggrieved plaintiff from the Imperial Towers Condominiums building as they issued police commands to the building security staff to call the police to arrest the aggrieved plaintiff, if she returns to the building.

This illegal ban from the building is without due process, without authority and without merit.

The evidence proves that Defendant Chicago Police officer Krzysztof Gmedziejko and Defendant Chicago Police officer Robert Murphy conspired to willfully and knowingly cause another illegal arrest of the aggrieved Plaintiff, who works and resides at this building.

The evidence proves that Defendant Chicago Police officer Krzysztof Gmedziejko and Defendant Chicago Police officer Robert Murphy conspired together to violate Plaintiff's Constitutional and Civil rights.

The evidence proves that Defendant Chicago Police officer Krzysztof Gmedziejko and Defendant Chicago Police officer Robert Murphy failed to intervene to protect plaintiff from violation of plaintiff's Civil rights by one or more of the Defendants.

Defendants Chicago Police Officer Krzysztof Gmedziejko and Defendant Chicago Police Officer Robert Murphy acted knowingly, intentionally and willfully.

Aggrieved Plaintiff also claims violations of rights that are protected by the laws of Illinois, such as false imprisonment, conspiracy, loss of property, loss of lifestyle, loss of income, emotional harm, pain and suffering, loss of future earnings, loss of enjoyment of life. property damage, failure to act, endangerment of an injured employee, conspiracy to tamper, conceal, alter, destroy, steal, evidentiary evidence, obstruction of justice, conspiracy to willfully defy official court order, liable, slander, defamation of character, illegal eviction, conspiracy to willfully and illegally ban plaintiff from the building, being her jobsite/residence, without authority,  aiding and abetting offenders, disorderly conduct, illegally trespassing into the condominium without a warrant. willfully falsified police reports naming the perpetrator of a crime as a victim to illegally acquire bribes for unjust enrichment and any other claims that are supported by this complaint.

## False Imprisonment

False imprisonment occurs when a person intentionally restricts another person's movement within any area without legal authority, justification or consent. Actual physical restraint is not necessary for false imprisonment to occur.

The evidence proves that Defendant Chicago Police Officer Krzysztof Gmedziejko and Defendant Chicago Robert Murphy are "emboldened by a "code of silence".

The evidence police report proves that Offender Amy McCarty has repeatedly lied and she keeps changed her story about the incident that she perpetrated when she "blindsided" me, physically attacked and injured me, an employee on October 1, 2016.

The evidence proves that Offender Amy McCarty knowingly and willfully made false material statements in this Federal court deposition when she testified about the October 1, 2016 incident when she and her accomplices "ambushed" me and physically attacked me, an employee and resident at my jobsite/residence.

The evidence proves that Offender Amy McCarty's lies have no merit and they contradict the lies that she declared on the police report HZ # 456788 at the scene of the crime that she committed on October 1, 2015.

I Grace L. Stovall, employee, Aggrieved Plaintiff, state under oath, and the evidence confirms that the Offender Amy McCarty "physically blocked the doorway" and "she came at me in an absolute rage", physically attacking me in the presence of my hired movers and witnesses, and she pushed me backwards and slammed the door on my foot, while I was injured from the previous attack,

I was weak, under doctor's care and wearing a visible neck brace and back brace. I was in chronic pain and unable to protect myself from Amy McCarty's tirade used to prevent me from getting my personal property and assets.

The evidence confirms that offender Amy McCarty's lies contradict the testimony of the other offenders (her accomplices).

The evidence confirms that offender Amy McCarty's lies have no merit.

Exhibit: Ingrid Brown's handwritten letter that contradicts Offender Amy McCarty's willfully fabricated reports and willfully falsified Federal deposition testimony and her willfully falsified testimony in numerous venues.

Exhibit: Roberta Brown's letter declaring her independence and authority over herself and her assets that she circulated to protect herself from Jamie Bender and Ingrid.

This evidence confirms that Offender Amy McCarty is a dangerous prolific liar, robber and home invader that illegally and fraudulently declared audacious lies about the Plaintiff and her work with disregard for the Plaintiff's safety and professional reputation that offender Amy McCarty maliciously destroyed to unethically and illegally rob the Plaintiff of her livelihood to stop the Plaintiff from working in her profession.

The evidence proves that Offender Jamie Bender knowingly and willfully made <u>false material statements in the Federal court deposition.</u>

Offender Jamie Bender's testimony in the Federal Court deposition confirms that she willfully testified to false misleading information with intent to deceive the United States District Federal Court tribunal.

I Grace L. Stovall state under oath that I refute Offender Jamie Bender's false testimony and fabricated lies declared in the Federal Court deposition.

The evidence proves and confirms that Offender Jamie Bender knowingly and willfully made false material statements in this Federal court deposition and her deliberately fabricated lies, have no merit.

The evidence proves that Offender Jamie Bender's intentional false testimony contradicts the testimony of the other Offender's (her accomplices).

Offender Jamie Bender willfully and illegally interfered with my contracted employment agreement, causing illegal tortious interference and illegal breach of contract that was secured by an existing contracted agreement for services specifically ordered by my clientele.

Offender Jamie Bender exhibited extreme jealously against the Plaintiff. Offender Jamie Bender's disrespectful intrusive behavior caused her to be shunned and ostracized by Roberta Brown.

The evidence proves that offender Jamie Bender and her accomplices and corrupt Chicago Police officers illegally committed criminal aggravated trespass robbery home invasion into the condominium and illegally invaded, ransacked and looted my private bedroom at my worksite/residence and ransacked my private bedroom closet and stole my private property, designer clothing, cash, valuables and evidentiary evidence.

The evidence proves that offender Jamie Bender is a desperate, deceitful, criminal that is extremely jealous and skilled in self-dealing and unjust enrichment and ill-gotten gains.

Offender Jamie Bender had criminal intent.

Offender Jamie Bender did not have Roberta Brown's permission to illegally trespass into the condominium.

Offender Jamie Bender did not have the Plaintiff's permission to illegally trespass into the condominium.

Offender Jamie Bender did not have Roberta Brown's permission to illegally trespass into the condominium with a strange man that we do not know and as a result he turned violent and assaulted Roberta's live-caregiver.

The evidence proves that offender Jamie Bender conspired with her accomplices and corrupt Chicago Police Officers to commit evidence tampering by stealing, removing, concealing, tampering, altering and destroying evidentiary evidence.

The evidence proves that Offender Jamie Bender acted illegally as she was never involved in my contracted employment agreement arrangement at this job, therefore, she was not privy to any of my confidential, private, restricted, protected employment information and her willful, illegal, tortious interference is in violation of numerous employment labor laws.

Offender Jamie Bender declared audacious lies about the Plaintiff with disregard for the Plaintiff's safety.

The evidence proves that offender Damon Doucet knowingly and willfully made false material statements in his Federal court deposition.

The evidence proves and confirms that Offender Damon Doucet willfully and knowingly made false material statements in this Federal Court deposition and his fabricated lies have no merit.

I Grace L. Stovall state under oath that I refute offender Damon Doucet's false testimony and fabricated lies in the Federal Court deposition.

The evidence proves that offender Damon Doucet's Federal Court deposition testimony significantly contradicts his accomplice's testimony, and he willfully declared a multitude of discrepancies, proving beyond a reasonable doubt that offender Damon Doucet has willfully and knowingly committed perjury in this Federal Court deposition which proves his mens rea. (guilty mind).

Offender Damon Doucet had criminal intent.

Offender Damon Doucet's testimony in the Federal Court deposition confirms that he has willfully testified to false misleading information with intent to deceive the United States District Court tribunal.

The evidence proves that Offender Damon Doucet acted illegally as he was never involved in my contracted employment agreement arrangement at this job, therefore he was not privy to any of my private confidential employee information and the evidence proves that Offender Damon Doucet's illegal tortious interference is in violation of numerous employee labor laws.

The evidence proves that Offender Damon Doucet is deceitful, criminal racketeer that is skilled in self-dealing, ill-gotten gains and unjust enrichment.

Offender Damon Doucet conspired to illegally exert financial and political influence to commit these Federal crimes involving the Defendant Chicago Police

Offender Damon Doucet had criminal intent.

Offender Damon Doucet did not have Roberta Brown's permission to illegally trespass into her condominium.

Offender Damon Doucet did not have the Plaintiff's permission to illegally trespass into her residence/jobsite, the condominium.　　　Page 51 of 115

Offender Damon Doucet declared audacious lies about the Plaintiff with disregard for the Plaintiff's safety.

The evidence confirms that offender Damon Doucet and Amy McCarty stalked the Plaintiff at her previous job when they conspired with offenders Tarick Loutfi and Casandra Melton, Lester Racker (a felon), Darlene Racker,

The evidence proves that all of these crimes and offenders are related, connected and associated with corrupt Chicago Police Officers involved in criminal racketeering "Theft Scheme" hate crimes involving corrupt Chicago Police Officers in Chicago and Illinois that illegally ransack and pilfer personal property and cash during illegal residential home invasion searches, hate crimes and they share the proceeds with their informants and accomplices.

The evidence proves that offender Michele Henry willfully and knowingly made <u>false material statements in her Federal Court deposition.</u>

The evidence and her Federal Court deposition testimony proves that offender Michele Henry willfully and knowingly made false material statements in her Federal Court deposition that have no merit.

I Grace L. Stovall, state under oath that I refute offender Michele Henry's false testimony and fabricated lies in her Federal Court deposition.

The evidence proves that offender Michele Henry's Federal Court deposition testimony significantly contradicts her accomplice's testimony.

The evidence proves that offender Michele Henry willfully declared a multitude of discrepancies, proving beyond a reasonable doubt that Michele Henry has willfully and knowingly committed perjury in this Federal court deposition interview, which proves her mens rea. (guilty mind).

Offender Michele Henry had criminal intent.

Offender Michele Henry did not have Roberta Brown's permission to illegally trespass into her condominium.

Offender Michele Henry did not have the Plaintiff's permission to illegally trespass into her residence/jobsite, the condominium.

Offender Michele Henry declared and illegally circulated audacious lies about the Plaintiff with disregard for the Plaintiff's safety.

Offender Michele Henry's testimony in the Federal Court deposition confirms that she conspired to willfully testify to false misleading information with intent to deceive the United States Federal Court tribunal.

The evidence proves that Offender Michele Henry acted illegally as she was never involved in my contracted employment agreement arrangement at this job, therefore she was not privy to any of my private confidential employment information, and her illegal tortious interference is in violation of numerous employment labor laws.

The evidence proves that Offender Michele Henry is a deceitful, criminal racketeer that is skilled in self-dealing, ill-gotten gains and unjust enrichment.

The evidence confirms that offender Michele Henry conspired to illegally exert financial and political influence to commit these Federal crimes involving the Defendant Chicago Police officers.

The evidence confirms that all of these crimes and offenders are connected, related and associated with corrupt Chicago Police Officers involved in a "Theft Scheme" hate crime involving corrupt Chicago Police Officers that illegally ransack and pilfer personal property and cash during illegal residential home invasion searches and they share the proceeds with their informants and accomplices to obtain self-dealing, unjust enrichment and ill-gotten gains signifying continuity.

# Offenders Geoffrey Shaw and Jamie Bender, Amy McCarty and Ingrid Brown willfully conspired to prepare and fabricate false evidence and present it to the Federal Court Tribunal.

Offender Geoffrey Shaw is a stranger and the Plaintiff and Roberta Brown do not know him.

Offender Geoffrey Shaw illegally breached security protocol and he illegally trespassed into the Imperial Tower Condominium building (unannounced) and without permission of the condominium residents.

Offender Geoffrey Shaw and Jamie Bender had no right to illegally trespass into the condominium.

Offender's Geoffrey Shaw and Jamie Bender did not have Roberta Brown's permission to illegally trespass into her condominium.

Offender Geoffrey Shaw and Jamie Bender did not have the Plaintiff's permission to illegally trespass into the condominium.

Offender Geoffrey Shaw did not identify himself when he illegally trespassed into the condominium and illegally "forced" himself in on the residents causing injuries and damages

Offender Geoffrey Shaw had criminal intent.
Offender Geoffrey Shaw willfully committed criminal aggravated trespass robbery home invasion when they assaulted and injured the Plaintiff at her jobsite/residence.

Offender Geoffrey Shaw conspired with offenders Amy McCarty, Ingrid Brown and Jamie Bender and Damon Doucet to illegally trespass into the condominium without permission to commit crimes.

Offender Geoffrey Shaw is skilled in deception, manipulation, convolution, kickbacks, self-dealing, unjust enrichment, ill-gotten gains and RICO racketeering.

Offender Geoffrey Shaw illegally exerted financial and political influence to commit Federal crimes.

Offender Geoffrey Shaw conspired with Offender Jamie Bender, Amy McCarty, Ingrid Brown, Damon Doucet and his accomplices to willfully fabricate false evidence to deceive the United States Federal Court tribunal.

Offender Geoffrey Shaw willfully prepared false evidence and willfully presented the false evidence and they had the criminal intent of knowing their fabricated evidence was false when they filed it with the United States Federal Courts.                    Page 55 of 115

Offender Geoffrey Shaw has a criminal history of fraud, deceptive practices, and he willfully fabricates false medical records with "false diagnosis and false reports riddled with lies and words that were never said".

Offender Geoffrey Shaw's falsified report contradicts Roberta's documented, daily routine activities as Roberta also writes checks to pay her bills (an audit of Roberta's three (3) Wells Fargo Bank account will confirm this activity).

Exhibit:  Bad reviews on Offender Geoffrey Shaw, stating that Geoffrey Shaw made false diagnosis and false reports riddled with lies and words never said".

Exhibit: Plaintiff's complaint that she filed against offender Geoffrey Shaw with the Department of Financial and Professional Regulations.

Exhibit: Offender Geoffrey Shaw is named as a Defendant in Appellate Court for his fraud, deceptive practices and "tricking" victims by his illegally committing financial exploitation involving (his accomplice) another group of corrupt public servants including Offender Geoffrey Shaw's accomplice Sanjay Tailor presiding in  Appellate Court case 1-17-0382, Paul Cecchini vs Geoffrey Shaw.

Exhibit: Offender Ingrid Brown's handwritten letter to the Plaintiff that contradicts Offender Geoffrey Shaw's fraudulent fabricated report.

Exhibit: Roberta Brown's private insurance, Medicare, "Plan of Care Summary" that significantly contradicts offender Geoffrey Shaw's fraudulent fabricated reports.

Exhibit: This Plan of Care Summary "official" insurance document states that Roberta Brown is "independent" and I only "assisted" her with bathing and dressing.

Exhibit: Roberta Brown circulated this letter to protect herself from offenders Jamie Bender, Robin Webber, Ingrid Brown and their accomplice.

Roberta Brown's letter asserted her "exclusive authority" and rights to make decisions, give orders and enforce her rights stating her independence concerning her business affairs while declaring that only she, Roberta Brown has exclusive authority over herself and her assets.

Exhibit:                                                                            Page 56 of 115
Roberta Browns letter dated declaring her "exclusive authority" over her business affairs

### Roberta Brown's letter asserting her exclusive authority over herself and her assets.
(Letter dated April 8, 2016)

Roberta's letter is dated April 8, 2016 which was in effect "before" offenders Jamie Bender, Amy McCarty, Ingrid Brown, Damon Doucet and their accomplices committed their illegal,

fraudulent offences on April 25, 2016 involving their illicit conspiracy to illegally interfere with the plaintiff's job by illegally invading the condominium with corrupt Chicago Police officers (armed with guns) that were involved in the "infamous Chicago Police Theft Scheme Ruse Robbery Scam.

# Offender Geoffrey Shaw's opine/opinion is not factual and fraudulent.

Offender Geoffrey Shaw's willfully falsified, fraudulent report indicates a gross distortion and total fabrication of his conduct when illegally trespassed into Roberta Brown's condominium without her permission.

Offender Geoffrey Shaw deceptively claims to be an independent however he is connected, related and associated with his accomplices.

The evidence confirms that offender Geoffrey Shaw is deceptively working in collusion with offender Jamie Bender, Amy McCarty, Ingrid Brown, Damon Doucet, Platinum Healthcare, Michele Henry, Benjamin Topp, Midwest Care management Service and their accomplices to commit "fraud upon the court".

Offender Geoffrey Shaw illegally sells his falsified reports for illegal "improper purposes".

Offender Geoffrey Shaw illegally and willfully declared audacious lie with disregard for the Plaintiff's safety and professional reputation.

Offender Geoffrey Shaw committed illegal tortious interference into the Plaintiff' existing contracted employment agreement and he did not have the Plaintiff's permission to illegally interfere with her job.

Offender Geoffrey Shaw declared and circulated audacious lies about the Plaintiff, her work, and her work ethics based on offender Jamie Bender's "false allegations" that had no merit and no proof.

Offender Geoffrey Shaw conspired to willfully fabricate prolific lies and illegally criticized the Plaintiff's work and work ethics based solely on offenders Jamie Bender, Ingrid Brown and Amy McCarty's audacious lies and he had no proof of anything that he has alleged on his falsified report.

Offender Geoffrey Shaw committed illegal invasion of privacy when he illegally trespassed into the condominium without Roberta Brown's permission and he illegally trespassed into the condominium without the Plaintiff's permission.

# Offenders Platinum Healthcare conspired to illegally invade the Plaintiff's jobsite/residence, condominium.

Offenders Platinum illegally committed criminal aggravated robbery Home Invasion, when they illegally trespassed into the condominium, the Plaintiff's jobsite/residence.

Offenders Platinum Healthcare did not have Roberta Brown's permission to illegally trespass into her condominium.

Offenders Platinum Healthcare did not have the Plaintiff's permission to illegally trespass into her residence/jobsite, the condominium.

Offender Platinum Healthcare willfully declared audacious lies about the Plaintiff, her work ethics and her work with disregard for the Plaintiff's professional reputation and safety.

Offender Platinum Healthcare had criminal intent.

Offenders Midwest Care Management Services Benjamin Topp, Tanya Topp, Victoria Topp conspired with the Offenders Platinum Healthcare to illegally trespass into the condominium and illegally remain on the premises without Roberta Brown's permission and without the Plaintiff's permission.

Offenders Midwest Care Management Services had criminal intent.

Offenders Midwest Care Management Service did not have the Plaintiff's permission to illegally trespassed into the Plaintiff's residence/jobsite without the Plaintiff Offenders Midwest Care Management Services conspired to declare audacious lies about the Plaintiff with disregard for the Plaintiff's safety and professional reputation.

Offender Robin Webber conspired with the offender Ingrid Brown, Amy McCarty, Jamie Bender, Midwest Care Management Services and offenders Platinum Healthcare to illegally "stage" a scene.

Offender Robin Webber willfully circulated and declared audacious lies about the Plaintiff with disregard for the Plaintiff's safety and her professional reputation.

Offender Robin Webber had criminal intent when she conspired with offenders Ingrid Brown, Amy McCarty, Damon Doucet, Tarick Loutfi, Platinum Healthcare and Midwest Care Management services, Benjamin top, Tanya Topp, Victoria Topp and their accomplices the Defendant Chicago Police Officers.

## Offender Mark Ricks conspired to commit abuse, intimidation, fraud and deceptive practices against the Plaintiff and her client at this job.

Offender Mark Ricks employer of @ Home Healthcare Agency willfully committed abuse, intimidation, conspiracy, fraud and deceptive practice and he had a criminal history of victimizing clients and employees of @ Home Healthcare Agency.

Offender Mark Ricks abused, intimidated and harassed me during my employment at @ Home Healthcare.

Offender Mark Ricks was abusive, adversarial and aggressively demanding that the Plaintiff say unethical misinformation about client Roberta Brown to her reimbursing insurance source.

Plaintiff refused to say the unethical misinformation because it wasn't true.

Plaintiff informed the client, Roberta Brown about the unethical misinformation that offender Mark Ricks demanded that the Plaintiff state.

Offender Mark Ricks did not have Roberta Brown's permission to illegally breach the contract for this job.

Offender Mark Ricks, Ingrid Brown and Jamie Bender had criminal intent.

Offender Mark Ricks and Ingrid Brown saw the Plaintiff as an obstacle to their illegal, nefarious objectives.

Plaintiff was fearful of her employer, Mark Ricks during her employment working for his healthcare Agency @ Home Healthcare.

The Plaintiff feared for her safety and for her client's safety.

Offender Mark Ricks is the employer for this job and he is responsible, liable and answerable for acts committed at this job.

### Employers have an obligation and Duty of Care to protect their employees from undue harm and physical injury in the workplace.

Offender Mark Ricks refuses to allow the Federal Court to inspect the contents of Roberta Brown's files and the personnel file of the @ Home Healthcare employee, Plaintiff Grace L. Stovall.

Offender Mark Ricks conspired to conceal and tamper with evidence when he refused to respond to the Federal Court subpoenas to submit Roberta Brown's files, care plan and billing.

Offender Mark Ricks refused to give the Plaintiff a copy of her personnel file when she requested it 4 years ago which is in violation of the employment Personnel Review Act Laws.

# Offender Robin Webber conspired to "stage" a "scene" in Roberta Brown's condominium.

## Offender Robin Webber was the cook that Roberta Brown hired to cook meals 3 times per day

Offender Robin Webber was the unlicensed cook that Roberta Brown hired to cook meals 3 times per day 7 days per week, for breakfast, lunch and dinner.

Offender Robin Webber set the table with 5 course meals in Tupperware containers and every day in the morning Robin Webber would come in and make Roberta's organic gingerroot tea at 5:00 a.m. and she would come in and pick-up her Tupperware containers every evening so that she could refill them with food and repeat the food service for the next day.

Exhibits: Pictures of Roberta Brown eating the food that Robin Webber cooks for her every day.

There are 2 other employees that Roberta hired to work for her and provide services on a daily basis.

All three of these employees have worked for Roberta Brown for many years prior to the Plaintiff's employment.

At about 5:30 a.m in the morning while I was sleeping in my bed with the bedsheets over my head. I woke up when I heard Robing come in and I heard Robin Webber taking to herself about her animosity against me and Roberta.

When I peeked from under the bedsheets I saw Robin Webber "stage" a "fake scene" and she swiped items from the coffee table all over the floor and Robin pulled Roberta's hair straight up in the air and messed it up Roberta's hair.

Then Robin Webber "took pictures" of the "fake scene" that she staged that was obviously at the behest of her accomplices Ingrid Brown, Jamie Bender, Amy McCarty, Damon Doucet and Tarick Loutfi and their accomplices (who we did not know at the time).

The Plaintiff has since discovered that these offenders are connected related and associated with offenders Tarick Loutfi, Casandra Melton and Damon Doucet, who, conspired to stalk the plaintiff at this new job to commit these same crimes that they conspired to commit at the Plaintiff's "previous' jobsite/residence involving corrupt Chicago police officers involved in the infamous Chicago police "Theft Scheme" Ruse Robbery scam.            Page 61 of 115

# Offender Ingrid Brown's handwritten note contradicts Offender Geoffrey Shaw's falsified reports.

Offender Ingrid Brown and Jamie Bender exhibited extreme jealousy against the Plaintiff and their desperate, intrusive and disrespectful behavior caused Roberta Brown to shun them as she was making arrangements with her real blood niece Sharon and Julie to ostracize them when Roberta investigated and discovered their perfidious deception.

Offender Ingrid Brown did not live in the condominium.
Offender Ingrid Brown demanded that the Plaintiff's employer, Mark Ricks force her to say unethical misinformation about Roberta.

The Plaintiff refused to say the unethical misinformation about Roberta Brown because it wasn't true.

These offenders became adversarial against the plaintiff.

Offender Ingrid Brown illegally and fraudulently destroyed the Plaintiff's reputation by willfully fabricating audacious lies to rob the Plaintiff of her livelihood and her assets involving corrupt Chicago Police officers involved in a Chicago Police "Theft Scheme" Ruse Robbery scam.

Offender Ingrid Brown conspired and criticized the Plaintiff and her work in a deceptive, unfair, unethical way by declaring audacious lies that had no merit and no proof as they conspired and recruited their accomplices, the Defendant Chicago Police officers to illegally invade and  rob the Plaintiff at her jobsite/residence, the condominium.

Ingrid illegally exerted financial and political influence to commit Federal crimes involving the Defendant Chicago Police officers.

Exhibit: Ingrid Brown's handwritten letter to the Plaintiff request that the plaintiff sleep over and for Roberta Brown to write and sign statements that Roberta wants the plaintiff to sleep over which proves Roberta Brown's authority and capacity to make decisions, write statements and sign the statement which gave the plaintiff additional permission.
  2. Confirms that the plaintiff cleaned up the condominium "everyday".

   This handwritten letter written by offender Ingrid Brown specifically references
   "the table by where Roberta sleeps"                    Page 62 of 115

This table by where Roberta sleeps is located in the front room living room where Roberta has slept for over 20+ years and everybody that knows Roberta (including Ingrid and Jamie Bender) knows that this had been her sleeping arrangement of choice

Offenders Ingrid, Jamie Bender and Amy McCarty knew this when they willfully testified declaring these audacious lies and false allegations that had no merit and no proof of anything they have alleged.

Roberta Brown has lived in The Imperial Towers Condominium building since it was built in 1962 over (50 years) and the entire building staff and her friends, fans and her neighbors tenants knows Roberta and knew about Roberta's living arrangements of sleeping in her spacious from living room for over 20 years and they also knew that these were lies that had no merit and no proof being reported by these criminals.

# United States District Court

### Grace Stovall vs Amy McCarty
### Case # 2017 cv 4762

I Grace L. Stovall, Aggrieved Plaintiff, state under oath, that John Whitcomb of Monahan Law Group testified to Sanjay Tailor on July 31, 2017, that "the Chicago Police Officers arrested and forced removed me, employee, Grace Stovall from my jobsite/residence, condominium #724.

The evidence also proves that John Whitcomb testified to Sanjay Tailor that he represents Defendant Mark Ricks (the owner of @ Home Healthcare and Ricks Services).

Further Affiant Sayeth:

_____

Grace L. Stovall, employee, Aggrieved Plaintiff

August 7, 2017

I Grace L. Stovall, Plaintiff, state that I have a right to be safe, I have a right to work in a safe workplace and I have a right to live in a safe place, without being repeatedly stalked, attacked, robbed and looted of my personal property, clothing, shoes, assets, valuables, cash and evidentiary evidence by serial corrupt Chicago Police officers repeatedly and illegally ransacking and looting my jobsite/residences and avoiding prosecution because the Defendant City of Chicago refuses to stop these criminals from victimizing me, an injured employee and essential worker.

Grace L. Stovall, injured employee, victim, Aggrieved Plaintiff
Affidavit by Grace L. Stovall (victim) of Chicago Police corruption committed by corrupt Chicago Police officers that falsified Police report RD # HY298643 resulting in my falsely being arrested for "fake crimes" that were "staged" and committed by corrupt Chicago Police Officers resulting in false arrest records. I Grace L. Stovall, aggrieved Plaintiff, state that I refute the willfully falsified information and fabricated lies on this false police report RD # HY298643 and the lies stated in this falsified police report have no merit and no proof of anything that is alleging.

I Graced L. Stovall, aggrieved Plaintiff am demanding that the Defendant City of Chicago et, al. and the Defendant City of Chicago Police Department and all of the corrupt Chicago Police Officers recant their false police report #HY298643, to permanently clear my name of false charges that corrupt Chicago Police officers fabricated for an alleged theft of a watch from the corpse of deceased Frederick L. Gibson (my client) as a result of a criminal conspiracy theft scheme, hate crimes involving corrupt Chicago Police Officers and their accomplices falsifying "false police reports" for "fake crimes" that have no merit.

The "false police report" # HY298643 for the "fake crime" committed by the corrupt Chicago Police caused me to be illegally arrested and jailed on July 8, 2015 resulting in false arrest records that the corrupt Chicago Police officers willfully conspired to cause liable, slander character assassination an defamation of character willfully, and knowingly committed against me by the Defendant City of Chicago and the Defendant City of Chicago Police Department and it's corrupt Chicago Police officers conspired to illegally arrest me on at the Daley Center (Government property) to stop me from testifying about the hate crimes and robberies that the corrupt Chicago Police and their accomplices committed against me at my jobsite/residences.

The evidence proves that prior to this illegal arrest the Chicago Police officers committed criminal aggravated trespass/home invasion, robbery, hate crimes and looting of my personal property and valuables at my jobsite/residence where me and my client Frederick Gibson resided, for a year, where I worked as his assistant manager, and professional, agency contracted live-in employee.

The evidence proves that when I came to pay my respects to my client Mr. Fredrick Gibson at the AA Rayner Funeral home at 318 E. 71 st , the corrupt Chicago Police officers conspired with their accomplices, Amy McCarty, Tarick Loutfi, (Felon) Lester Racker jr, Darlene Racker, Lester Racker, (corrupt AA Rayner funeral home employee) Dwayne Thompson  to "make-up a "fake crime" that a watch was stolen off of Frederick Gibson's dead body and this lie has no merit.

The evidence proves that the corrupt Chicago Police officers conspired with Frederick Gibson's adversaries to make up lies on me and him to illegally interfere with his my employment arrangements for their own unjust enrichment and the corrupt Chicago Police officers caused Frederick Gibson's demise as a result of their conspiracy with his next door neighbor, corrupt Casandra Melton and her accomplice Bertina Powers, involving Darlene Racker,

The evidence proves that offender Lester Racker a felon and crack head" and offender Casandra Melton, Bertina Power were there "lying in wait" to plot the fake crime.

During my entire employment working for Frederick Gibson we were robbed, harassed, threatened and shaken down for money by the corrupt Chicago Police officers at 51st and Wentworth police station led by corrupt Sergeant Troy Williams, 2670
corrupt Chicago Police officer Sergeant Hosea Word,  2031
corrupt Chicago Police Officer LaMonica Lewis, 3601
corrupt Chicago Police officer Peter Delgado, 10509
corrupt Chicago Police Officer John Slowinski,  1951
Paulina Heard 197

corrupt Chicago Police Officer Aurimas Janusonis 15290
corrupt Chicago Police Officer Kelly McBride,
Chicago Police Officer Judith Murphy, 18690

The evidence proves that the corrupt Chicago Police officers illegally arrested me on " false charges that they "trumped up" and "staged" to "frame me" for allegedly stealing a watch off of the corpse of my client Frederick Gibson, whom I worked for and lived with for a year, and their lies have no merit.

The evidence proves that the corrupt Chicago Police officers arrested me without a warrant, without due process and without an order to commit the arrest.

The evidence proves that when I appeared for the court hearing on September 8, 2015 at the designated  Belmont police station, Offender Lester Racker jr. (a felon) and his accomplice Tarick Loutf failed to appear when this "bogus" false arrest case was called at the  Belmont police station.

I was also designated by Mr. Frederick Gibson as his official assistant manager for his business affairs and I am his official fiduciary designated by him personally, therefore I have legal standing that is to be acknowledged and not usurped.

The evidence proves that this false arrest record has caused irreparable damages to my professional career, loss of my livelihood, loss of my lifestyle and irreparable damages to my entire life, irreparable loss of property due to the repeated robberies that were implemented by these corrupt City of Chicago Police officers and their accomplices.

As of this date I have suffered  4 ½  years and counting due to the corrupt Chicago Police officers  "false police reports" for "fake crimes",  that they "staged" with their accomplices to commit liable slander defamation of character, character assassination, stalking, robbing and looting my personal property and valuables at my jobsite residences.

# United States District Court

### Grace Stovall vs Amy McCarty
### 2017 cv 4762

I Grace L. Stovall, injured employee, Aggrieved Plaintiff, state under oath, that I am a victim of a series of robberies as a result of a Chicago Police "theft scheme" "ruse" that keeps stalking me, robbing me, illegally arresting me while they ransack and loot my personal property, clothing, shoes, valuables, cash, assets and evidentiary evidence from my jobsite/residences.

The evidence confirms that the Defendant City of Chicago refuses to implement the return of my possessions that its corrupt Chicago Police officer's and their accomplices stole from me in 4 identical "ruse" robberies using the exact same "hijacking" tactics to rob me at my workplaces/residences.

The evidence confirms that the Defendant City of Chicago has conspired to impede, compromise and undermine this Federal case with frivolous, vexatious motions causing more damages and causing me to suffer and exist in poverty, indigence and homelessness, without resources to provide basic needs, during a word wide pandemic.

Further Affiant Sayeth,

Grace L. Stovall, injured employee, Aggrieved Plaintiff.

March 29, 2020

I Grace L. Stovall, employee, Aggrieved Plaintiff, state under oath that, I worked this job as a professional contracted live-in employee of my "official" employer @ Home Healthcare, Mark Ricks, Ricks Services with the contracted authority of the owner of the condominium (Roberta Brown) requesting services and authorizing me to move in my person and my assets and reside in her condominium # 724, with her, at Imperial Tower Condominiums, located at 4250 N, Marine Drive, Chicago, Illinois in accordance with my assigned client's contracted employment agreement with @ Home Healthcare.

I provided services to my assigned client according to the terms of the contract that I and my "official" employer signed for me to move-in with my assets and provide the professional live-in services that this client requested.

I am entitled to rights as an employee and bound to perform duties.

I and my "official" employer @Home Healthcare have a right against "third persons" for an injury to the person employed (Grace L. Stovall), or for harboring them so as to deprive the client of her services.

My "official" employer @ Home Healthcare's duties are to pay me the compensation agreed upon to provide professional contracted services 7 days per week, 24 hours per day, exclusively, per the client's request.

The evidence confirms that my skilled work is impeccable.
There were only compliments, there were no complaints and no problems.

This is a matter of "official" employment records that the Defendant City of Chicago has conspired to "conceal" and "obstruct justice" with the employer, offender Mark Ricks of @ Home Healthcare to

The evidence confirms that this a "series" of crimes committed against me at my jobsites/residences, and I recognize this Chicago Police "theft scheme" "scam" because the offenders Amy McCarty and her accomplices and corrupt Chicago Police officers stalked me, robbed me, stole my personal property, clothing, shoes etc. and illegally ransacked and looted my valuables, cash, assets and evidentiary evidence using this exact same "ruse" robbery at my previous jobsite/residence on April 14, 2015.

The evidence confirms that these offenders conspired to willfully and maliciously commit liable, slander and defamation of character by declaring "trumped-up" lies that had no merit and no proof and they nefariously documented their "trumped up" lies on false police reports to illegally cause tortious interference and violation of numerous employment laws.

The evidence confirms that these criminal scam artist offenders implemented this elaborate criminal "ruse" for their own unjust enrichment, ill-gotten gains, and self-dealing. Page 69 of 1

# Offenders Platinum Healthcare illegally trespassed into the condominium #724 with their accomplices.

Repeat offenders Platinum Healthcare conspired with corrupt Chicago Police officers and they committed Criminal trespass robbery home invasion into the plaintiff's jobsite/residence to incite tortious interference by improper means for an improper purpose with an intent to harm the Plaintiff, Grace L. Stovall.

The evidence confirms that the Offenders Platinum Healthcare are repeat offender of fabricating false and fraudulent records and charges and they have a criminal history of fabricating false and fraudulent charges and records to defraud the United States Government in a massive multiyear healthcare fraud scheme to steal Medicare, Medicaid, Social Security and Veterans Administration checks from the United States Government in Federal case: 1:13cv-06437. (Federal Court case United States of America vs Platinum Healthcare)

In this Federal Court lawsuit these repeat offenders Platinum Healthcare "Fabricated false and fraudulent charges and records" to steal government checks from Social Security, Medicare, Medicaid and Veterans Administration.

Offenders Platinum Healthcare did not have Roberta Brown's permission to illegally trespass into her residence condominium.

Offenders Platinum Healthcare did not have the Plaintiff's permission to illegally trespass into her residence/jobsite, the condominium.

Offenders Platinum Healthcare had no right to illegally trespass into the condominium without the resident's that occupied the condominiums permission.

In regards to protecting oneself from "abusive" public servants: "stalking and exploitation" as well as "neglect to protect" by persons under Oath of Office, (sworn to uphold and enforce the laws) wherein a person having "knowledge of the laws", "the power to stop a wrong" and the "duty to prevent a wrong from being done", is liable for any failure to act, having knowledge of the law, the power to prevent, and the legal or moral duty to prevent the wrong which caused deprivations of Plaintiff's Civil rights and deprivations of the Plaintiff's Constitutional rights, suit can be brought for violations.

Respectfully Submitted

Grace have Roberta 1/06/15

1. Sign a paper stating she wants you to sleep over.

2. Extra clean up – 0 to 1 hour a day maximum

3. Work on under the table by where Roberta sleeps. When it is cleared up, vacuum    Thank you, Ingrid

This handwritten note was written by offender Ingrid Brown to the Plaintiff, which proves that Ingrid and all of her accomplices willfully prepared and fabricated false evidence and they willfully lied to the Federal Court Tribunal.

Exhibit page 72 of 115

# Blue wall of silence

The **blue wall of silence**,[1] also **blue code**[2] and **blue shield**,[3] are terms used in the United States to denote the informal rule that purportedly exists among police officers not to report on a colleague's errors, misconducts, or crimes, including police brutality. If questioned about an incident of alleged misconduct involving another officer (e.g. during the course of an official inquiry), while following the code, the officer being questioned would claim ignorance of another officer's wrongdoing or claim to have not seen anything.

## Contents

Police corruption

Laws

Cases

History

Police culture

Whistleblowing

Levels of crime

Exposing the code

See also

References

## Police corruption

**The code** is considered to be an example of police corruption and misconduct. Officers who engaged in discriminatory arrests, physical or verbal harassment, and selective enforcement of the law may be considered to be corrupt. Many officers who follow the code may participate in some of these acts during their career for personal matters or in order to protect or support fellow officers.[4] All of these are considered illegal offenses and are grounds for suspension or immediate dismissal. Officers who follow the code are unable to report fellow officers who participate in corruption due to the unwritten laws of their "police family."

Police perjury or "testilying" (in United States police slang) is when an officer gives false testimony in court. Officers who do not lie in court may sometimes be threatened and ostracized by fellow police officers. In 1992, the Commission to Investigate Allegations of Police Corruption (also known as the Mollen Commission) undertook a two-year investigation on perjury in law enforcement. They discovered that some officers falsified documents such as arrest reports, warrants and evidence to provide "cover" for an illegal arrest or search. Some police officers also fabricated stories when testifying before a jury.
imprisoning p

## Laws



ll, 2018

BREAKING NEWS AT CHICAGOTRIBUNE.COM

# 2 officers indicted in theft scheme

**Exhibit page 74 of 115**



Picture of employee, Aggrieved Plaintiff, Grace L. Stovall's private doors illegally busted down by corrupt Chicago Police Officers with battering rams at her <u>previous</u> jobsite/residence in a series of Criminal Aggravated Trespass Robbery/Residential Home Invasion, ransacking, looting Sprees and Indecent Exposure Crimes implemented by corrupt Chicago Police Officers on April 14, 2015.

Note: The evidence proves that corrupt Chicago Police Officer Jacob ElDinger Badge # 10865, illegally changed the date of this crime in the official police records as he illegally deleted evidence from the official police records by illegally tampering with official police records to conceal the "theft scheme" hate crimes, Criminal aggravated trespass, robbery, residential home invasion, looting sprees, illegal arrests, illegal lock-out and illegal eviction that the corrupt Chicago Police Officers at 51st Wentworth Police Station committed without a warrant, without due process on April 14, 2015 and again on April 28, 2015.

The evidence proves that these crimes were committed by the following corrupt Chicago Police officers:
Chicago Police Officer- John Slowinski Badge # 1951 , Chicago Police Officer- Peter Delgado Badge # 10509
Chicago Police Officer- LaMonica Lewis Badge # 3601, Chicago Police Officer- Pauline Heard Badge # 19787,
Chicago Police Officer- Troy Williams Badge # 2670, Chicago Police Officer- Aurimas Janusonis Badge # 15290
Chicago Police Officer- Hosea Word Badge # 2031 , Chicago Police Officer- Kelly McBride Badge #
Chicago Police Officer-Judith Murphy Badge # 18690 and their accomplices and Chicago police officers TBA
The evidence proves that corrupt Chicago Police Officer Pauline Heard wrote a ransom note demanding that the Aggrieved Plaintiff, pay the Chicago Police Officers a "cash money" ransom to return the personal property that the Chicago Police Officers stole from her on April 14, 2015.
The evidence proves that corrupt Chicago Police officer Pauline Heard wrote numerous "false police reports for "fake crimes" and her falsified police reports have no merit.

Exhibit page 75 of 115

Platinum Healthcare Accused of Stealing Seniors Social Security

A nursing home CEO accused of stealing government funds from patients is linked to donations.

# Donors Tied To Company Accused Of Stealing Seniors' Social Security

The company allegedly stole more than $1 million from Medicare, Medicaid and veterans too.

The CEO of Platinum health Care ---- a nursing-home chain that recently settled a lawsuit alleging it stole patient's Social Security, Medicare, Medicaid and Veterans Administration payments –is closely linked to five mysterious companies that made suspicious donations.

The five limited liability companies, which own or operate assisted living facilities for seniors, each made suspicious donations on Dec. 21, 2015. That's the same day that Platinum Health Care –which shares the same Skokie, Illinois, address as the five LLCs – settled over allegations that CEO Ben Klein and his firms kept senior's government checks after they moved out of Platinum facilities or died.

Klein and his co-defendants, the complaint charged, "fabricated false and fraudulent charges and records, "pocketing at least $1 million from Medicaid and an unspecified amount from Medicare. The defendants also allegedly kept $92,596.80 in VA benefits belonging to a Navy veteran who had died, rather than transferring the money to his estate or returning it to the government, as the law requires. The company stole tens of thousands of dollars worth of Social Security payments at just one of the 26 facilities it owned or operated, according to the complaint.

POLITICS  03/15/2016 03: 12 pm ET

United States of America v. Platinum Health Care, LLC, 1:13-cv-06437 – CourtListener.c...  Page 1 of 9

# United States of America v. Platinum Health Care, LLC (1:13-cv-06437)

## District Court, N.D. Illinois

**Exhibit page 76 of 115**

## Exhibit page 77 of 115

h. Unknown employee from Platinum Care Agency, address and telephone number unknown.

Defendant further provides that all Chicago Police Officers may be contacted through undersigned counsel.

3.    State the full name and current residence address of each person not named in Interrogatory No. 2 above who was present and/or claims to have been present at the scene immediately before, at the time of, and/or immediately after the occurrences.

**ANSWER:** Defendant objects to this interrogatory because it calls for information regarding other persons of whom Defendant may lack personal knowledge. Defendant further objects to providing personal identifying information such as the residential address and telephone numbers of police officers as it is a security risk to police officers and their family and is not relevant or proportional to the needs of this case. Subject to and without waiving these objections, Defendant states that, to the best of his knowledge, no one other than the persons named in Defendant's Answer to Interrogatory No. 2 were present at the scene on April 25, 2016.

4.    Do you know of any statements made by any person relating to the complained of occurrences? If the answer to this interrogatory is yes, state the following: (a) the date or dates of such conversations and/or statements; (b) the place of such conversations and/or statements; (c) all persons present for the conversations and/or statements; (d) the matters and things stated by the person in the conversations and/or statements; (e) whether the conversation was oral, written and/or recorded, or posted to social media; and (0 who has possession of the statement if written and/or recorded.

**ANSWER:** Defendant objects to this interrogatory on the grounds that it is not reasonably limited as to either time or scope, and on the grounds that it calls for information outside of Defendant's personal knowledge. Defendant further objects extent that the information requested is protected by attorney-client privilege and/or work product doctrine. Subject to and without waiving these objections, Defendant states that he is not personally aware of any statements made

3

# Dr. Geoffrey S Shaw, MD - Reviews
Psychiatry · Northfield, IL

PHONE NUMBER     READ REVIEWS

‹ SUMMARY     PATIENT REVIEWS     LOCATIONS & DIRECTIONS     INSURANCES     CREDENTI. ›

Failed to properly diagnose, report was riddled with lies and words never said...Very disappointing

**Show Full Review** ⌄

# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

DEPT. OF FINANCIAL
PROFESSIONAL
James R. Thompson Center
Complaint Intake Unit
100 West Randolph Street
Chicago, Illinois 60601
312-814-6910

18 MAY 23 AM 10:28

COMPLAINT INTAKE UNIT

### COMPLAINT / CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint / claim.

**COMPLAINANT**

| | |
|---|---|
| Your Name GRACE L .STOVALL | Daytime Telephone Number 773 936-3019 |
| Mailing Address 5114 S. INGLESIDE AVE | Evening Telephone Number SAME |
| City/Town CHICAGO | State ILLINOIS | ZIP Code 60615 |

Email Address - Required for Internal Use Only  gracelstovallel@gmail.com

**YOUR COMPLAINT / CLAIM IS AGAINST (RESPONDENT)**

| | | |
|---|---|---|
| Name of Provider of Services DR GEOFFREY SHAW | Profession MD | Telephone No. 847 716-1302 |
| Street Address 191 Waukegan Rd - Suite 120 | | Date event Occurred April 23, 2016 |
| City/Town Northfield | State Illinois | ZIP Code 60093 | County of Occurrence COOK COUNTY ILLINOIS - |

Briefly describe your complaint:    PLEASE SEE ATTACHED UPDATES

Addendum: Previously File Report Case # 201-06921

CompLAINT AGAINST DR. GEOFFREY SHAW
It is A MATTER OF RECORD that DR. GEOFFREY
SHAW is INVOLVED IN A MASSIVE HEALTh CARE FRAUd
SCHEME INVOLVING deception By FALSIFYING
MEdICAL CONdITIONS. FuRTHER, DR. GEOFFREY
SHAW has PERSONALLY COMMITTED ASSAULT
ANd BATTERY ON the HEALTh CARE PROvidER-
WHISTLE BLOWER GRACE .L. STOVALL
CLIENT BEING, ROBERTA BROWN
4250 .N. MARINE DR. Condo #724, CHICAGO Illinois

**DEPARTMENT USE ONLY**

| | |
|---|---|
| Complaint / Claim Received By: _____ | Date: _____ |
| How Received: ☐ Phone  ☐ Letter  ☐ Walk-in | |

You will receive an acknowledgment letter via email only.

IL456-1717 PRO REG    10/15

**Exhibit page 79 of 115**

2018 IL App (1st) 170382-U

FOURTH DIVISION
March 29, 2018

No. 1-17-0382

**NOTICE:** This order was filed under Supreme Court Rule 23 and may not be cited as precedent by any party except in the limited circumstances allowed under Rule 23(e)(1).

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

| | |
|---|---|
| PAUL A. CECCHINI, | ) Appeal from |
| | ) the Circuit Court |
| Plaintiff-Appellant, | ) of Cook County |
| | ) |
| v. | ) |
| | ) 16-L-001816 |
| WILLIAM R. KUEHN; WILLISTON, McGIBBON & KUEHN; | ) |
| THEODORE KARVIDAS; FRANCIS M. MARTINEZ; | ) Honorable |
| JOHN PETER CURIELLI; GEOFFREY SHAW; JANICE A. PIELET; | ) Sanjay T. Tailor, |
| and RBC CAPITAL MARKETS, | ) Judge Presiding |
| | ) |
| Defendants-Appellees. | ) |

JUSTICE McBRIDE delivered the judgment of the court.
Presiding Justice Burke and Justice Ellis concurred in the judgment.

**ORDER**

*Held*: Where heir filed suits before and after his mother's death challenging whether she should have been helped by her daughter, attorneys, an investment advisor, and a physician, to amend her estate plan in order to equally benefit her two children, the trial court properly dismissed the son's second action on the basis of *res judicata*, a statute of limitations, and a statute of repose.

¶ 1    Paul A. Cecchini appeals from the dismissal of an amended complaint he filed against legal, investment, and medical professionals whom he contends conspired to "trick" his mother into reviving a prior version of her estate plan which equally benefited her two children, instead of primarily benefitting Paul. Paul sought damages for the loss of the "just apportionment" of his

**Exhibit page 80 of 115**

Money laundering carries a maximum penalty of 20 years in prison and a $500,000 fine. Health care fraud and conspiracy to commit health care fraud carry a maximum penalty of 10 years in prison and a $250,000 fine and restitution is mandatory. Making a false statement in a health care matter carries a maximum penalty of 5 years in prison and a $250,000 fine. If convicted, the Court must impose a reasonable sentence under federal statutes and the advisory United States Sentencing Guidelines.

**Component(s):**
USAO - Illinois, Northern

Updated July 24, 2015

Exhibit page 81 of 115

Passages owner Seth Gillman, nursing director and attorney plead guilty to $7M health fraud

I-Team

## Passages owner, nursing director pleads guilty to $7M healthcare fraud scam

Chicago (WLS)- An attorney, Seth Gillman and founder of the now-shuttered Passages has pleaded guilty to falsifying healthcare claims in an elaborate, multi-year Chicago scam.

AO 91 (REV.5/85) Criminal Complaint            AUSA Stephen Chahn Lee (312) 353-4127

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

               v.

SETH GILLMAN

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

### Count One

Beginning no later than August 2008 and continuing until January 2012, at Lisle, in the Northern District of Illinois, Eastern Division, and elsewhere, SETH GILLMAN, defendant herein:

> did knowingly and willfully participate in a scheme to defraud a health care benefit program, namely, Medicare, and to obtain money owned by and under the custody and control of Medicare by means of false and fraudulent pretenses, representations, and promises, in connection with the delivery of and payment for health care benefits, items, and services, and, on or about October 14, 2009, did execute the scheme by knowingly and willfully submitting and causing to be submitted a false claim, specifically, that services provided to Patient DB beginning on October 1, 2008 through October 15, 2008 qualified for reimbursement at an elevated level of hospice care,

in violation of Title 18, United States Code, Section 1347.

### Count Two

On or about September 8, 2009, at Lisle, in the Northern District of Illinois, Eastern Division, and elsewhere, SETH GILLMAN, defendant herein:

> did endeavor to influence, obstruct, and impede a Federal auditor in the performance of official duties relating to a program receiving in excess of $100,000, directly or indirectly from the United States in any 1 year period, by submitting and causing to be submitted to a federal auditor, namely, TrustSolutions, a file for Patient DB that had been altered so that it would appear that Passages' claim for an elevated level of hospice care regarding Patient DB was justified,

in violation of Title 18, United States Code, Section 1516.

## Exhibit page 83 of 115

Anonymous said ...

I was an attorney in the court room that day and was disgusted. Amy McCarty was the attorney along with Joe Monahan of Monahan & Cohen from Chicago. Amy McCarty was particularly brutal during the hearing and ran the courtroom. She was a pit bull against this gentle caring daughter. I am ashamed this has not been addressed for filing a false petition. The daughter was caring and loving devastated by these hijacking tactics. Who gets between a daughter and her mother with these trumped up reasons ?

What does anyone know about Amy McCarty. Please post it.
She should be disbarred for this.

Thursday, January 27, 2011 12:34 00 am

Anonymous said...
My recommendation: file a complaint with the ARDC.. it won't be her first.

Thursday, January 27, 2011 11: 51 00 am

Anonymous said ...

Amy McCarty works on a regular basis with Northwestern Hospital. She is has also been watched in the courtrooms and has a history of turning simple cases in convoluted cases which allow her excessive attorneys fees to be charged.

If your loved one was exploited by Amy McCarty, please report her actions to the state and federal officials, as well as the ARDC.

Sooner or later she'll need to be held accountable for her actions.
The sooner the better.

Friday December 16, 2011 7: 09 pm

Amy McCarty was recently seen in a Cook County Courtroom attempting to gain a client.

Amy McCarty replied: your honor this is truly a contested case, and I'm ready to take it.

Fortunately for the woman caring for her uncle, the judge didn't buy Amy McCarty's attempt to convince the judge it was a contested case.

It is pretty sad when attorneys go fishing in the court for cases.

Shame on Amy McCarty.

Sunday December 18, 2011 9: 45 00 pm          Referenced from the National Association

**Exhibit page 84 of 115**

Employer legal definition of Employer

# Employer legal definition of Employer

## employer

n. a person or entity which hires the services of another. (See: **employee**, **principal**)

Copyright © 1981-2005 by Gerald N. Hill and Kathleen T. Hill. All Right reserved.

EMPLOYER. One who has engaged or hired the services of another. He is entitled to rights and bound to perform duties.

   2.-1. His rights are, to be served according to the terms of the contract. 2. He has a right against third persons for an injury to the person employed, or for harboring him, so as to deprive the employer of his services. 2 Bouv. Inst. n. 2295.

   3. His duties are to pay the workman the compensation agreed upon, or if there be no special agreement, such just recompense as he deserves. Vide Hire; Hirer.

**Exhibit page 85 of 115**

Wage and Hour Division (WHD) - U.S. Department of Labor                Page 1 of 3

# United States Department of Labor

Wage and Hour Division
Wage and Hour Division (WHD)

**(April 2016)** (PDF)



| Live-in employee | |
| --- | --- |
| **Extended periods of time** | **Permanent** |
| • Employer must provide private quarters in a homelike environment | |

# Plan of Care Summary

**Claimant Name:** Roberta Brown        **Policy** ꞉            3

We have determined you meet the eligibility requirements of your policy as outlined below:

| Activities of Daily Living | |
|---|---|
| **Bathing** | Dependent |
| **Dressing** | Dependent |
| **Eating** | Independent |
| **Continence** | Independent |
| **Toileting** | Independent |
| **Transferring** | Independent |

## Definitions of Dependency Levels

**Dependent:** Regular assistance is required. (Refer to your policy for the specific definition of the level of care required).

**Independent:** Performs entire activity without assistance from another person. May use mechanical devices or equipment, but does so without the assistance of another person. (Refer to your policy for the specific definition of the level of care required).

### Summary of Covered Services

| Care Information | Provider #1 |
|---|---|
| **Provider** | @ Home Healthcare 1 |
| **Type of Service** | Qualified Home Health Care Provider |
| **Approved Frequency of Service** | Up to 24 hours per day, 7 days per week |
| **Amount eligible for coverage** | Any amount considered for reimbursement cannot exceed Approved Frequency of Service as noted above, nor can it exceed your maximum benefit amount. |

Serviced by
Employee -Grace Stovall

**Exhibit page 87 of 115**

## CERTIFICATE OF SERVICE

I, Grace Stovall, certify that on May 16, 2016, service of the forgoing *Personnel File Request Letter & Demand for the Return of Personal Property* was made by first-class, certified mail.

Grace Stovall

**Via first-class, certified mail:**

@Home Healthcare
c/o Mark Ricks
1715 East 55th Street
Chicago, IL 60615

**Exhibit page 88 of 115**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

| | | |
|---|---|---|
| JAMIE BENDER o/b/o ROBERTA BROWN, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 2016-P-2598 |
| GRACE STOVALL, | ) ) | |
| Respondent. | ) ) ) | Hon. Ann Collins-Dole Calendar 13 |

F I L E D

SEP 0 1 2016

DOROTHY BROWN
CLERK OF CIRCUIT COURT

## MOTION FOR RESPONDENT'S PERSONAL PROPERTY

NOW COMES the Respondent GRACE STOVALL ("Ms. Stovall"), by and through her attorney, Jason Han of the Law Office of Jason Han, and presents her *Motion for Respondent's Personal Property*, and in support of said Motion, states:

1) On or about April 23, 2016, Ms. Stovall was residing in the residence of Roberta Brown as her live-in caretaker, and she had been doing so for approximately a year. Someone knocked on the door. When she opened the door, Ms. Stovall was attacked by several people including the petitioners behind the emergency Order of Protection against her. As a result of the attack, Ms. Stovall was left with an injured neck and back, requiring extensive therapy and medical care. Ms. Stovall and Roberta Brown called security within the building of Roberta Brown's residence and told them what had occurred.

2) On April 25, 2016, petitioners filed the emergency Order of Protection against Ms. Stovall.

3) After filing the emergency Order of Protection against Ms. Stovall, the petitioners, accompanied by Chicago Police, entered Roberta Brown's residence and within less than 15 minutes, forced Ms. Stovall out of the residence without allowing Ms. Stovall to collect any of her personal property from Roberta Brown's residence.

4) In England during the time of the American Revolution, Probate Courts were considered courts of equity. While Illinois, and most American

5) Ms. Stovall has had to incur the reasonable expenses of hiring of an attorney, Jason Han, and the expense of a filing fee/appearance fee of $ 208.00.

6) Jason Han charges an hourly rate of $250 per hour.

7) Jason Han has spent a total of approximately 7.3 hours in the preparation of the hearing of the Order of Protection against Ms. Stovall, as demonstrated by Exhibit 1. *See* Exhibit 1.

8) Section 226 also provides in pertinent part that:

> The court may direct that a copy of an order entered under this Section be provided to the State's Attorney so that he or she may determine whether to prosecute for perjury.

WHEREFORE, Respondent, GRACE STOVALL, respectfully requests that this honorable Court to enter an order that Petitioners are to pay the reasonable attorneys' fees and expenses incurred in defending herself in this action, and, that the Court direct a copy of the order to be provided to the Cook County State's Attorney so that she may determine whether to prosecute for perjury.

Respectfully submitted by,

Jason Han, Attorney for Grace Stovall

#58606
Jason Han
Law Office of Jason Han
208 S Jefferson St., Ste. 204, Chicago, IL 60661
Ph: (872) 201-0088
Fax: (872) 228-9569
Jason@JasonHanLaw.com

2

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC VIOLENCE DIVISION

Grace Stovall

                        Plaintiff, )
                              )
                              )
      vs.                      )    NO:   **16 OP 76833**
                              )
Amy E. McCarty            )
                              )
                              )
                    Defendant. )

## AFFIDAVIT

**I, Rudolph V. Ruiz,** of legal age, and sound mind, living at 4250 N. Marine Dr., if sworn

as a witness under oath and having personal knowledge of the following facts state:

I was retained to move property belonging to Grace Stovall. I was present on location at 4250 N. Marine Drive apartment 724 on Saturday October 1, 2016 on or about 9:00 a.m. at which time, I personally observed and did in fact witness Attorney Amy McCarty commit aggravated assault and battery on the physical person of Grace Stovall. Jamie Bender and Ingrid Brown were present and assisted.

Ms. Stovall was attempting to execute a court order issued with the authority of Judge Daniel Degnan Probate case number 2016P2598, allowing her to remove her personal property from the apartment #724. She was completely prevented from executing the court order by the above stated

Further Affiant saith not.

                                       **Rudolph V. Ruiz**

Subscribed and sworn to before
on this 22nd day of October

              Notary Public

OFFICIAL SEAL
DEEATRA L LOVE
Notary Public - State of Illinois
My Commission Expires Aug 28, 2017

**Exhibit page 91 of 115**

## IN THE CIRCUIT COURT OF COOK COUNTY, STATE OF ILLINOIS

GRACE L. STOVALL )
           )
    Plaintiff )
           )
    vs )
           )   Case No. 2016 P 2598
Jamie Bender, Amy McCarty, )
Midwest Care Management Services )
Benjamin Topp, Ingrid Brown, )
Mark Ricks of @ Home Healthcare, )
Jason Han, Jay Zabel )
           )
Defendants )

### Affidavit

I Grace L. Stovall, being of legal age, if sworn as a witness under oath and having personal knowledge of the following facts state:

I Grace L. Stovall have personally seen Defendant Attorney Amy McCarty wearing my clothes that she stole from me April 25, 2016.

Defendant Attorney Amy McCarty and her cohorts Defendant Damon Doucet, Defendant Midwest Care Management Benjamin Topp, Defendant Jamie Bender and Defendant Ingrid Brown stole my possessions from my bedroom located at 4250 N. Marine Dr. Condo # 724 Chicago, IL on April 25,2016

These matters are currently in litigation in an Injunction case I filed in the Chancery court against the Defendants. Chancery court case # 2016CH13234

Further Affiant Sayith not,

*Grace L. Stovall*
Grace L. Stovall

Subscribed to and sworn to before me this 8th day of January ,2018

*Deeatra L Love*
Notary Public

"OFFICIAL SEAL"
DEEATRA L LOVE
Notary Public, State of Illinois
My Commission Expires 8/28/2021

**Exhibit page 92 of 115**

Chicago Police Department - Incident Report

RD #: JC318309

**OTHER**

**Miscellaneous**

Victim Information Provided

Flash Message Sent ? No

**NARRATIVE**

IN SUMMARY, GRACE STOVALL (VICTIM AND COMPLAINANT) RELATED ON THE ABOVE LISTED DATE THERE WAS A ROBBERY HOME INVASION IN HER CONDO, WHILE SHE WAS THERE. THE OFFENDERS TOOK ITEMS FROM THE VICTIMS HOME. THE VICTIM GAVE THE OFFENDERS TIME TO RETURN THE ITEMS AND THEY HAVE YET TO DO SO, WHICH IS WHY SHE HAS WAITED UNTIL NOW TO MAKE OUT AN POLICE REPORT. GRACE STOVALL (VICTIM AND COMPLAINANT) DOES NOT KNOW THE OFFENDERS BUT HAS OBTAINED NAMES OF POSSIBLE OFFENDERS LISTED AS ███████████ MIDWEST CARE MANAGEMENT SERVICES, ████████████ CARLA FIESSINGER, ████████ GROUP. ██████████████ AT "HOME HEATHCARE" ████████ AND █████████ THE VICTIM STATES THAT SHE OBTAINED THE ABOVE LISTED NAMES FROM A ATTORNEY. VICTIM RELATED THAT THE POLICE WERE CONTACTED IMMEDIELTY WHEN THE CRIME TOOK PLACE BUT DID NOT MAKE OUT A POLICE REPORT. VICTIM ALSO STATES THAT THIS CASE IS IN LITIGATION. VICTIM INFORMATION NOTICE GIVEN.

**PERSONNEL**

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2677 | █████ | SENG, Erick, P | █████ | 23 Jun 2019 17:55 | 018 | |

Print Generated By: █████████

Page 2 of 2

CLEAR Technology

Exhibit page 93 of 115

Dec. 14, 2016

To: Mark Ricks
@ Home Healthcare/Ricks Services
1715 E. 55th Street
Chicago, Illinois 60615

RE: Violation of the Personnel Record Review Act

Mr. Mark Ricks you have refused my request to allow me to view my employee personnel file which is in violation of the Personnel Record Review Act and you have refused to ensure that I retrieve my personal property from my job site/residence.

Your are in violation of a legal request.

It is now over 9 months later and you still refuse to comply with the law.

Please be advised you leave me no alternative but to take legal action to satisfy my request.

Sincerely,

Grace. L. Stovall

Grace Stovall
5114 S. Ingleside
Flr. 1
Chicago, Ill 60615
773-936-3109

**Exhibit page 94 of 115**

**Chicago Police Department - Incident Report**

RD #: HZ456788

SUSPECTS

RELATIONSHIP

DOMESTIC INFO

OTHER

**Miscellaneous**

Victim Information Provided

**Flash Message Sent ?** No

NARRATIVE

IN SUMMARY R/O WAS DISPATCHED TO THE ABOVE LOCATION TO INVESTIGATE A DISTURBANCE. AT THE ABOVE LOCATION IT WAS RELATED TO R/O [redacted] (VICTIM AND COMPLAINANT) AND GRACE STOVALL (VICTIM AND COMPLAINANT) HAD A VERBAL ARGUMENT IN THE DOORWAY OF THE ABOVE ADDRESS THAT LED TO BATTERY.

THE COMPLAINTS HAVE AN ONGOING DISPUTE OVER PROPERTY AT THE ABOVE LOCATION. BOTH VICTIMS WERE OFFERED TREATMENT FROM CFD AND BOTH VICTIMS REFUSED TREATMENT FROM CFD AT TIME OF THIS REPORT. NEITHER VICTIM HAD VISIBLE INJURIES RELATED TO SAID INCIDENT. VICTIMS WERE GIVEN VIN AND ADVISED WARRANT PROCEDURES.
- STAR#: 3786 NAME: ROBERT MURPHY BEAT: 1915
- STAR#: 18696 NAME: KRZYSZTOF GNIEDZIEJKO BEAT: 1913

PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2271 | | WARD, Angel, F | | 01 Oct 2016 11:33 | 019 | |
| Reporting Officer | 3786 | | MURPHY, Robert, T | | 01 Oct 2016 11:24 | 019 | 1915 |

CLEAR

**Exhibit page 95 of 115**

**Anonymous said ...**

I was an attorney in the court room that day and was disgusted. Amy McCarty was the attorney along with Joe Monahan of Monahan & Cohen from Chicago. Amy McCarty was particularly brutal during the hearing and ran the courtroom. She was a pit bull against this gentle caring daughter. I am ashamed this has not been addressed for filing a false petition. The daughter was caring and loving devastated by these hijacking tactics. Who gets between a daughter and her mother with these trumped up reasons ?

What does anyone know about Amy McCarty. Please post it.
She should be disbarred for this.

Thursday, January 27, 2011 12:34 00 am


**Anonymous said...**
My recommendation: file a complaint with the ARDC.. it won't be her first.

Thursday, January 27, 2011 11: 51 00 am


**Anonymous said ...**

Amy McCarty works on a regular basis with Northwestern Hospital. She is has also been watched in the courtrooms and has a history of turning simple cases in convoluted cases which allow her excessive attorneys fees to be charged.

If your loved one was exploited by Amy McCarty, please report her actions to the state and federal officials, as well as the ARDC.

Sooner or later she'll need to be held accountable for her actions.
The sooner the better.

Friday December 16, 2011 7: 09 pm


Amy McCarty was recently seen in a Cook County Courtroom attempting to gain a client.

Amy McCarty replied: your honor this is truly a contested case, and I'm ready to take it.

Fortunately for the woman caring for her uncle, the judge didn't buy Amy McCarty's attempt to convince the judge it was a contested case.

It is pretty sad when attorneys go fishing in the court for cases.

**Shame on Amy McCarty.**

Sunday December 18, 2011 9: 45 00 pm          Referenced from the National Association

**Exhibit page 96 of 115**

# JASON HAN
### Attorney at Law

June 6, 2016

Ms. Amy McCarty
Monahan Law Group, LLC
55 W Monroe St.
Suite 3700
Chicago, IL 60603

> Re:  **Order of Protection, In re: Brown**
> **Cook County Case No. 2016-P-2598**

### FOR SETTLEMENT PURPOSES ONLY

Dear Ms. McCarty:

I am writing to memorialize our earlier conversation over the phone today, and to propose the following settlement in lieu of a hearing regarding your client's petition for a plenary order of protection against my client, Grace Stovall.

My client proposes that the petition against her be dismissed and that her personal property be returned to her. Further, as she has been unable to procure employment since the incidents in this case, she would like the expense of the return of her property to be borne by someone other than herself. In exchange, she will agree that all of the terms of the current emergency order of protection to remain in place, including that she and any of her agents are to have no contact with Roberta Brown or Roberta Brown's residence. Also, she will agree to not willingly participate in any other contested matters concerning Roberta Brown or Roberta Brown's estate unless a court order or subpoena by your client or the cross-petitioners mandate that she do so.

Essentially, Ms. Stovall is willing to completely walk away and have no further involvement in anything regarding Roberta Brown or Roberta Brown's estate. She would very much like to move on with her life but of course, she would like the return of her personal property.

Please contact me once you've consulted with your client. I truly hope we can quickly settle this matter to the satisfaction of both of our clients.

Kind regards,

Jason Han
Attorney for Grace Stovall

**Exhibit page 97 of 115**

208 S Jefferson St., Ste. 204, Chicago, IL 60661 • 872-201-0088 • Jason@JasonHanLaw.com

| Date | Client | Matter | Work Performed | Time Spent | Time Start | Time Stop |
|---|---|---|---|---|---|---|
| 5/8/2016 | Grace Stovall | In re: Roberta Brown, 2016 P 2598 | Did the initial intake with client to plan how to oppose emergency OP | 2.7 | 3:45 PM | 6:23 PM |
| 5/9/2016 | Grace Stovall | In re: Roberta Brown, 2016 P 2598 | Created outline of questions to ask for direct and cross for hearing set for May 10, 2016 at 11am | 2.4 | 4:26 PM | 6:50 PM |
| 5/10/2016 | Grace Stovall | In re: Roberta Brown, 2016 P 2598 | Created motion for sanctions | 1.2 | 8:06 AM | 9:15 AM |
| 5/10/2016 | Grace Stovall | In re: Roberta Brown, 2016 P 2598 | Represented client in court for OP hearing | 1 | 11:00 AM | 12:00 PM |
| | | | TOTAL TIME SPENT: | 7.3 | | |

Roberta Brown
4250 N. Marine Drive Apt. 724
Chicago, Illinois 60613

April 8, 2016

<u>Certified Mail</u>:
To : Jay Steven Zabel, Esq.
55 West Monroe Street Ste.: 3950
Chicago, IL 60603-5056                    Re.: Estate of Roberta Brown
312 201-9800
312 201-1435

Dear Counselor:

Please be advised, that I **Roberta Brown** being of sound mind and spirit do hereby make the following declarations indicated below regarding any and all matters, legal or otherwise, concerning the administration or execution of my business affairs:

1.    **Fundamentally, there are to be no decisions, final or otherwise, administered or executed without my direct authority and original signature, which will include:**

   ( a )   **All transactions involving, stocks, bonds, market investments, mutual funds bank accounts (checking, Saving, safety deposit boxes or certificates of deposit)**

   ( b )   **All insurance policies (Life, health, property or otherwise)**

2.    **I further revoke and rescind, any and all, existing documents which designate authority, over or concerning my business affairs or estate, to individuals other than myself or designated legal counsel.**

I feel that it is necessary that any and all institutions, directly involved in the administration of my estate, be officially notified of my updated position for future reference. **I am further requesting, originals or hard copies of all documents, if any, currently in your possession** which are relevant to authority designated to any 2nd or 3rd parties other than myself.

In conclusion, I am submitting this correspondence in the strictest of confidence under the rules of attorney, client privilege.

Sincerely,

Roberta Brown

**Exhibit page 99 of 115**

WHEREFORE, Petitioner respectfully requests that this Court enter an Order:

1.  Quashing the Subpoena for Records served on Wells Fargo Advisors, LLC;

2.  Directing Sharon Frazin or her counsel to turn over to Ingrid Brown or her counsel any documents received in response to any subpoena issued and destroy any copies; and

3.  For such other and further relief as this Court deems appropriate and just.

Respectfully submitted,

One of the Attorneys for Ingrid Brown/Jamie Bender

Amy E. McCarty
Monahan Law Group, LLC
55 West Monroe St.
Suite 3700
Chicago, Illinois 60603
312-419-0252
Attorney No. 49083

6

**Exhibit page 100 0f 115**

U.S. DISTRICT COURT
CLERK
2018 MAY -7 PM 5: 02
RECEIVED

Order      FILED      (Rev. 02/24/05) CCG N002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN RE

RUBERTA    CLERK OF THE CIRCUIT COURT
     CHANCERY DEPARTMENT

v.      No. 16 D 2558

AN ALLEGED DISABLED
person

**ORDER**

THIS MATTER, COMING TO BE HEARD ON _____, THE COURT HAVING JURISDICTION
ON CASE OF PROTECTION, THE PREMISES
BEING ADVICED IN THE PREMISES

IT IS HEREBY ORDERED

(1) PETITIONER IS GRANTED LEAVE NOT TO PROCEED TO HEARING
IN THE PLENARY ORDER OF PROTECTION + 6/2/16 HEARING PERSONAL PROPERTY IS ENTERED

(2) GRACE STOVALL'S MOTION FOR ____ TO GRACE STOVALL'S
CONTINUED

(3) PETITIONER IS GRANTED LEAVE TO RESPOND TO EXPENSES BY
MOTION FOR ATTORNEY'S FEES + REASONABLE TO REPLY,
21 DAYS + 7 DAYS ____ ITEMS THE PARTIES AGREE

(4) PETITIONER AGREES TO TURNOVER SAID STOVALL AT 10/1/16
IN OPEN COURT BELONG TO GRACE STOVALL, COUNSEL FOR
PETITIONER ____ INGRID BROWN, COUNSEL OF MIDWEST REPRESENTATIVE

(5) COUNSEL FOR PETITIONER + GRACE STOVALL + RESPONDENT'S GUARDIAN/____
GRACE STOVALL AGREE TO MEET AT RESPONDENT'S DENTIST/
CARE MANAGER DATE ____ FOR GRACE STOVALL FOR WHICH SIDE
ON 10/1/16 DATE. REMAINING ITEMS, ALL AGREED + ALL
CLAIMS OWNERSHIP SAME DAY + BE RESOLVED
TO BE REMOVED DISPUTED ITEMS PER 6/2/16 ORDER)

Attorney No.: 49083

Name: A. McCARTHY

Atty. for: PETITIONER

Address: 55 W. MUNROE

City/State/Zip: CHICAGO IL 60603

Telephone: 312 410 6252

**ENTERED:**

Judge Daniel R. Degnan

Dated: SEP 01 2016

Circuit Court-2074

(6) RUBERTA BROWN SHALL NOT BEAR LEGAL COSTS RELATED TODAY
TO THE ____ MEETING OR THE COURT APPEARANCE TODAY
OR ANY OTHER EXPENSES CLAIMED BY GRACE STOVALL, INCLUDING
TRANSCRIPT.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 11th/AM

(7) THIS MATTER IS CONTINUED FOR STATUS TO 10/4/16 AT 11:00 AM

**Exhibit page 101 of 115**

False imprisonment

Description : False imprisonment occurs when a person intentionally restricts another person's movement within any area without legal authority, justification or consent. Actual physical restraint is not necessary for false imprisonment to occur. Wikipedia

# Character Assassination Law and Legal Definition

Character Assassination refers to the slandering or vicious personal verbal attack on a person with the intention of destroying or damaging that person's reputation or confidence. In other words it is malicious verbal assaults designed to damage or tarnish the reputation of a person. Once done, these acts are often difficult to reverse or rectify. Therefore it is likened to a literal assassination of a human life. The damage sustained can last a lifetime or, for historical figures and important personalities, for many centuries after their death.

It involves a deliberate attempt to destroy a person's reputation, especially by criticizing them in an unfair and dishonest way when they are not present. It can also involve exaggeration or manipulation of facts to present an untrue picture of the targeted person, double speak, spreading of rumors, innuendo or deliberate misinformation on topics relating to the subject's morals, integrity, and reputation. It is a form of defamation.

 Legal Definition list

https://definitions.uslegal.com/c/character-assassination/

**Exhibit page 103 of 115**

Stalking No Contact Order

(Rev. 8/23/10) CCG 0813 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People ex rel. _____

_____ **on behalf of**

_____ **self and/or on behalf of**
Associate Judge Sophia Atcherson

Grace Stovall

**Petitioner** JUN 24 2016

v.

Jamie Bender    Circuit Court - 2150

**Respondent**

Case No. 16 OP 74225

☑ **Independent Proceeding**
☐ **Criminal Proceeding**
☐ **Juvenile Proceeding**

LEADS NO. _____

| | | | |
|---|---|---|---|
| **PETITIONER** Grace Stovall | **ADDRESS** 5114 S. Ingleside ☐ (Check if omitted pursuant to Statute) | **CITY/STATE/ZIP** Chgo IL 60615 | |
| **RESPONDENT** Jamie Bender | **ADDRESS** unknown | **CITY/STATE/ZIP** | |

| Birthdate (Required for LEADS) | Sex F | Race White | Height 5'8 | Weight 120 | Hair BRN | Eyes BRN |
|---|---|---|---|---|---|---|

## STALKING NO CONTACT ORDER

4665 ☑ Emergency    4666 ☐ Plenary

**AN INITIAL KNOWING VIOLATION OF A STALKING NO CONTACT ORDER IS A CLASS A MISDEMEANOR. ANY SECOND OR SUBSEQUENT KNOWING VIOLATION IS A CLASS 4 FELONY.**

BASED ON THE FINDINGS OF THIS COURT, ☑ WHICH WERE MADE ORALLY FOR TRANSCRIPTION, OR ☐ WHICH ARE SET OUT IN A SEPARATE INSTRUMENT FILED WITH THE COURT. IT IS HEREBY ORDERED THAT:

The following persons are protected by this Order: Grace Stovall

_____

The minor child/ren" referred to herein are : _____

_____

☑ **(b) (1)** The Respondent is prohibited from threatening to commit stalking or committing stalking. "Stalking" means engaging in a "course of conduct" directed at a specific person, when you know or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety of a third person or suffer emotional distress. A stalking "course of conduct" includes acts in which you directly, indirectly, or through third parties, by any action, method, device, or means follow, monitor, observe, surveil, threaten, or communicate to or about, a person; or engage in other contact; or interfere with or damage a person's property or pet. Stalking can include contact via electronic communications. See 740 ILCS 21/10 for additional definitions.

-0012
Petition For Stalking No Contact Order

(7/23/10) CCG 0812 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People ex rel. _____
_____ on behalf of
_____ self and/or on behalf of

GRACE STOVALL
_____ **Petitioner**
v.
JAMIE BENDER
_____ **Respondent**

Case No. __16 op 74225__

☑ Independent Proceeding
☐ Criminal Proceeding **FILED**
☐ Juvenile Proceeding

· · JUN 2 4 2016

**DOROTHY BROWN**
CLERK OF THE CIRCUIT COURT

### PETITION FOR STALKING NO CONTACT ORDER
☑ Emergency ☐ Plenary

Now comes the Petitioner GRACE STOVALL _____ on his/her own behalf or on behalf of
_____, a minor child, or on behalf of _____
_____, an adult who cannot file a petition because of age, health, disability or inaccessibility on his/her own behalf, pursuant to the Stalking No Contact Order Act and moves this Honorable Court to issue a Stalking No Contact Order in this cause and in support thereof states as follows:

**ALLEGATIONS**
**PETITIONER INFORMATION**

☐ *Disclosure of the Petitioner's address would risk abuse to the Petitioner or family or household. The address listed is Petitioner's alternative address for service of Notice.*

NAME GRACE STOVALL
ADDRESS 5114 S. INGLESIDE
CITY CHICAGO, Illinois STATE Illinois ZIP 60615

**RESPONDENT INFORMATION**

NAME JAMIE BENDER
ADDRESS unknown
CITY _____ STATE _____ ZIP _____
DOB __/__/__ SEX ☐ MALE ☑ FEMALE RACE W HEIGHT 5 9 WEIGHT 120
DISTINGUISHING CHARACTERISTICS BROWN HAIR, slim
RESPONDENT EMPLOYMENT INFORMATION:
WORKS AT _____
ADDRESS _____ CITY _____ STATE _____ ZIP _____

PETITIONER ALLEGES AS TO RESPONDENT THAT:

The following individuals are alleged to be persons who need to be protected from stalking by Respondent:
GRACE STOVALL

Respondent has acted in the following manner towards the Petitioner:

*[State details of incident(s) of stalking (including time and place), as well as effects of incident on Petitioner.]*

First Incident Date: April 23, 2016 Time: _____ a.m/p.m. Location: 4250 MARINE DRIVE # 724
Description: JAMIE BENDER AND A MALE BYPASSED SECURITY AND GAINED UNAUTHORIZED ACCESS TO MY PLACE OF EMPLOYMENT AND physically ATTACKED ME WHILE I WAS WORKING.

**Exhibit page 105 of 115**

**Stalking No Contact Order**          **(Rev. 8/23/10) CCG 0813 A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People ex rel. _____

_____ on behalf of

_____ self and/or on behalf of

GRACE L. STOVALL
                Petitioner

v.

Amy McCarty
                Respondent

Case No. 16OP76833

☑ Independent Proceeding
☐ Criminal Proceeding
☐ Juvenile Proceeding

LEADS NO. _____

| PETITIONER | ADDRESS | CITY/STATE/ZIP |
|---|---|---|
| GRACE STOVALL | 5714 S. Ingleside ☐ (Check if omitted pursuant to Statute) | Chgo, Il |
| RESPONDENT | ADDRESS | CITY/STATE/ZIP |
| Amy McCarty | UNKNOWN | |

| Birthdate (Required for LEADS) | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| | F | CAUCASIAN | 5 5 | 140 | BROWN | BRN |

### STALKING NO CONTACT ORDER
4665 ☑ Emergency    4666 ☐ Plenary

**AN INITIAL KNOWING VIOLATION OF A STALKING NO CONTACT ORDER IS A CLASS A MISDEMEANOR. ANY SECOND OR SUBSEQUENT KNOWING VIOLATION IS A CLASS 4 FELONY.**

BASED ON THE FINDINGS OF THIS COURT, ☐ WHICH WERE MADE ORALLY FOR TRANSCRIPTION, OR ☐ WHICH ARE SET OUT IN A SEPARATE INSTRUMENT FILED WITH THE COURT. IT IS HEREBY ORDERED THAT:

The following persons are protected by this Order:   GRACE L. STOVALL

_____

"The minor child/ren" referred to herein are : _____

☑ (b) (1) The Respondent is prohibited from threatening to commit stalking or committing stalking. "Stalking" means engaging in a "course of conduct" directed at a specific person, when you know or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety of a third person or suffer emotional distress. A stalking "course of conduct" includes acts in which you directly, indirectly, or through third parties, by any action, method, device, or means follow, monitor, observe, surveil, threaten, or communicate to or about, a person; or engage in other contact; or interfere with or damage a person's property or pet. Stalking can include contact via electronic communications. See 740 ILCS 21/10 for additional definitions.

Page 1 of 2

**Exhibit page 106 of 115**

(Rev. 8/23/10) CCG 0813 B

☒ (b) (2) The Respondent is prohibited from having any contact with Petitioner and/or _____

☒ (b) (3) The Respondent is prohibited from knowingly coming within, or knowingly remaining within, _100_
feet of Petitioner's ☒residence ☐school ☐daycare ☒place of employment or☐
Said addresses are: ⅄ _205714 S. Ingleside (home)_
_4250 N. Marine Dr. #724 (wk)_

☐ (b) (3) *(Actual notice to Respondent required)* The Respondent is prohibited from remaining at Respondent's
own☐residence ☐school☐place of employment. Said addresses are: _____

☐ (b) (4) The Respondent is prohibited from possessing a Firearm Owner's Identification Card or possessing
or buying firearms.

☒ (b) (5) The following other injunctive relief is ordered: _____
_No contact whatsoever_

~~(b)~~ The Respondent is ordered to pay the Petitioner's costs, including attorney fees: _____

☐ If an emergency order, the reasons for entering the above remedies without prior notice to the Respon-
dent: _____

If Respondent did not receive notice of the petition, the Respondent may petition the court to reopen the
order if s/he has a meritorious defense or the remedy was not authorized.

| This Order was issued on: | This Order will be in effect until: (Emergency: not less that 14 nor more than 21 days. Plenary: not to exceed 2 years.) |
|---|---|
| Date: _10/03/16_ Time: _____ | Date: _10/24/2016_ Time: _5pm_ |

Date, time and place for further hearing:
Date: _10/24/2016_ Time: _9:00am_ Courtroom/Calendar No.: _201/Cal.71_
Location: _555 W. Harrison_

Atty. No. _____ Pro Se 99500
Attorney (or Pro Se Petitioner) Name: _Grace. L. Stovall_ Date: _Oct 3 60615_
Address: _5114 S. Ingleside F1R1_
State/City/Zip: _Chicago, IL 60615_
Telephone: _(773) 936-3109_

Judge Megan E. Goldish
OCT 03 2016
Judge    Circuit Court-2127    Judge's No.

**Exhibit page 107 of 115**

Page 2 of 2

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

0012
Petition for Stalking No Contact Order

(7/23/10) CCG 0812 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People ex rel.

_____ on behalf of

_____ self and/or on behalf of

GRACE. L. STOVALL
_____ Petitioner

v.

INGRID BROWN
_____ Respondent

Case No. 16op 76835

☑ Independent Proceeding
☐ Criminal Proceeding
☐ Juvenile Proceeding

## PETITION FOR STALKING NO CONTACT ORDER

☐ Emergency  ☐ Plenary

Now comes the Petitioner  GRACE . L. STOVALL  on his/her own behalf or on behalf of

_____ , a minor child, or on behalf of

_____ , an adult who cannot file a Petition because of age, health, disability or in accessibility on her own behalf, pursuant to the Stalking No Contact Order Act and moves this Honorable Court to issue a Stalking No Contact Order in this cause and support thereof states as follows:

### ALLEGATIONS
### PETITIONER INFORMATION

*Disclosure of the Petitioner's address would risk abuse to the Petitioner or family or household. The address listed is Petitioner's alternative address for service of Notice.*

NAME  GRACE L STOVALL

ADDRESS  5114. S. INGLESIDE

CITY  CHICAGO  STATE  Illinois  ZIP  60615

### RESPONDENT INFORMATION

NAME  INGRID BROWN

ADDRESS  unknown

CITY  _____  STATE  _____  ZIP  _____

____/____/____  SEX ☐ MALE ☑ FEMALE  RACE CAUCASIAN  HEIGHT 5'5  WEIGHT 140

DISTINGUISHING CHARACTERISTICS  Short curly brown hair

RESPONDENT EMPLOYMENT INFORMATION:

WORKS AT:  _____

ADDRESS  _____  CITY  _____  STATE  _____  ZIP  _____

PETITIONER ALLEGES AS TO RESPONDENT THAT:

The following individuals are alleged to be persons who need to be protected from stalking by Respondent:

Grace. L. Stovall

Respondent has acted in the following manner towards the Petitioner:

*[State details of incident(s) of stalking (including time and place), as well as effects of incident on individual]*

Incident Date: _____  Time: 9:30 (a.m/p.m.) Location: _____

Description:  See next page

FILED

OCT 03 2016

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT

Exhibit page 108 of 115

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# Entrance





4250 NORTH MARINE DRIVE   CHICAGO, IL 60613

# IMPERIAL TOWERS

## 4250 NORTH MARINE DRIVE    CHICAGO, IL 60613

**Our Amenities**
Imperial Towers offers residents many Amenities. Our condominium offers 24/7 Security/Doorman/Front Desk staff along with an on-site Management Office team. Our residents have access to an on-site Receiving Room/Dry Cleaners along with a full-service Market and Restaurant. Residents may also choose to utilize a heated, underground parking facility operated by LAZ Parking. Recreational and Facilities related amenities are outlined below. These include an outdoor swimming pool, sundeck, and grill center. Residents enjoy an on-site fitness center, lending library, laundry facility, available storage lockers, and a hospitality room that can be leased for parties and other special events.

| Services | Recreation | Facilities |
|---|---|---|
|  |  |  |

**24/7 Doorman, Security & Front Desk Staff**
Our lobby reception desk is staffed around the clock. Receptionists and doormen work in concert to announce guests, assist residents and monitor front driveways and short-term parking. Security protocol at the reception desk is enhanced by the presence of a dedicated security officer eighteen hours a day. The direct telephone number for the lobby reception desk is 773-929-3797.

**Head Janitor / Assistant Head Janitor**
The head janitor and assistant head janitor live on-site and share the responsibility of being "on call" for emergencies. They supervise a large maintenance and janitorial staff with personnel available twenty-four hours a day, seven days a week. The head janitors, maintenance and janitorial staff can be reached through the Management Office at 773-929-3770 or by contacting the desk staff after the Management Office is closed.

**Receiving Room**
Located at lobby level in the South Tower, the Receiving Room is open from 7:30 a.m. to 6:30 p.m. Monday through Friday and from 8:30 a.m. until 1:00 p.m. on Saturday. The Receiving room is operated by Best Choice Cleaners and also provides valet services including professional dry cleaning and laundry services. Receiving Room personnel can be reached at 773-929-8313.

**On-Site Building Management Office**
All residents have direct access to the Management Office personnel for residential inquiries and service related matters. A friendly staff is available Monday - Friday during standard business hours and can be reached at 773-929-3770.

**Swimming Pool**
Our outdoor pool provides the perfect venue to enjoy the Summer season. Annual swimming pool memberships are available to residents. Rules, regulations, and hours or operation for the use of the swimming pool are published annually in our pool brochure and membership application. There is a toddler's wading pool available for the youngest members of our Condominum Family at no cost.

**Fitness Center**
With a series of windows looking onto the second floor Japanese Garden, the Fitness Center welcomes resident members twenty-four hours a day. Equipment includes treadmills, ellipticals, stationary bicycles, both upright and recumbent, free weights and a multi-gym. The Fitness Center is monitored by our CCTV system and accessed by using a key card or fob.

**Second Floor Sundeck**
Accessed through a doorway in the second floor link between the two towers, the Sundeck welcomes residents as they walk through a Japanese courtyard garden. The space features a variety of seating, planters overflowing with flowers, sun lounges, a latticed sun shelter, children's wading pool and nearly Olympic-sized swimming pool. WiFi is available on the sundeck.

**Grill Center**
Our new grill center features four DCS grills surrounded by tables for entertaining your family and friends. The impressive setting offers colorful foliage and amazing sunsets.

**Second Floor Lounge / Lending Library**
The South Tower second floor mezzanine is furnished with comfortable seating and a wall of bookshelves that house a lending library available on the honor system. Residents meet here for quiet conversation, to read, study or enjoy the beauty of the adjoining landscaped areas. WiFi is available in this area.

**Hospitality Room**
Flooded with sunlight that streams through three walls of windows, the Hospitality Room is available for lease to residents for private parties and functions. This space is also the site of social functions open to all building residents, such as the annual Halloween and Holiday Party. It is the meeting place for the Association's Board of Directors and commissions. WiFi is available in the Hospitality Room.

**Heated On-Site Underground Parking**
Located under the building's entrance, Imperial Towers offers a heated parking facility managed by LAZ Parking Chicago and is a 24/7 fully automated self-park facility. This garage offers monthly, daily, and bicycle parking. LAZ also offers discounted pre-paid parking validations. For more information please call 773-358-7087.

**Storage Lockers / Bicycle Storage**
A storage locker is assigned to each unit owner by the Management Office staff for the storage of personal property belonging to residents of the building. Entrances to storage areas and bicycle rooms are monitored through our CCTV system and accessed using a key card or fob.

Exhibit page 110 of 115



**Exhibits: Pictures of meals that (hired cook)Robin Webber cooked for Roberta everyday, 7 days a week.**

**Exhibit page 111 of 115**



**Exhibits: Pictures of Roberta Brown eating in her kitchen the meals that Robin Webber cooked everyday, for breakfast, lunch, dinner and snacks.**



**Exhibit: Picture of Grace's private bedroom on the day that Century Carpet Company installed this new carpet that Roberta ordered for Grace's bedroom. Roberta Brown wrote a check to Century Carpet to pay for this new wall to wall carpeting that she selected with their traveling salesman Alex.**

# Dr. Geoffrey S Shaw, MD - Reviews
Psychiatry · Northfield, IL

PHONE NUMBER    READ REVIEWS

‹ SUMMARY    PATIENT REVIEWS    LOCATIONS & DIRECTIONS    INSURANCES    CREDENTI. ›

Failed to properly diagnose, report was riddled with lies and words never said...Very disappointing

Show Full Review ⌄

**Exhibit page 114 of 115**

Anonymous said ...

I was an attorney in the court room that day and was disgusted. Amy McCarty was the attorney along with Joe Monahan of Monahan & Cohen from Chicago. Amy McCarty was particularly brutal during the hearing and ran the courtroom. She was a pit bull against this gentle caring daughter. I am ashamed this has not been addressed for filing a false petition. The daughter was caring and loving devastated by these hijacking tactics. Who gets between a daughter and her mother with these trumped up reasons ?

What does anyone know about Amy McCarty. Please post it.
She should be disbarred for this.

Thursday, January 27, 2011 12:34 00 am


Anonymous said...
My recommendation: file a complaint with the ARDC.. it won't be her first.

Thursday, January 27, 2011 11: 51 00 am


Anonymous said ...

Amy McCarty works on a regular basis with Northwestern Hospital. She is has also been watched in the courtrooms and has a history of turning simple cases in convoluted cases which allow her excessive attorneys fees to be charged.

If your loved one was exploited by Amy McCarty, please report her actions to the state and federal officials, as well as the ARDC.

Sooner or later she'll need to be held accountable for her actions.
The sooner the better.

Friday December 16, 2011 7: 09 pm


Amy McCarty was recently seen in a Cook County Courtroom attempting to gain a client.

Amy McCarty replied: your honor this is truly a contested case, and I'm ready to take it.

Fortunately for the woman caring for her uncle, the judge didn't buy Amy McCarty's attempt to convince the judge it was a contested case.

It is pretty sad when attorneys go fishing in the court for cases.

Shame on Amy McCarty.

Sunday December 18, 2011 9: 45 00 pm                Referenced from the National Association

**Exhibit page 115 of 115**