# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Grace L Stovall

                          Plaintiff,

v.                                                     Case No.: 1:17–cv–04762
                                                             Honorable John Z. Lee

City of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2021:

      MINUTE entry before the Honorable John Z. Lee: The minute entry [260] is vacated. Under Robinson v. Sweeney, 794 F.3d 782, 784 (7th Cir. 2015), district courts are not permitted to extend the time to file a motion under Federal Rule of Civil Procedure 59. Instead, district courts are permitted to extend the time for a litigant to file a notice of appeal under Federal Rule of Appellate Procedure 4(a)(5) if the motion is filed within 30 days after the entry of judgment and the party shows excusable neglect or good cause. The Court, therefore, construes Plaintiff Stovall's motion as a motion to extend time to appeal under Rule 4(a)(5) and grants the motion to and including 11/20/21. The Court reminds Plaintiff Stovall that, to the extent that she also seeks to file a motion for relief from a judgment under Rule 60, which does not toll the time to appeal, that rule provides that it may be filed no more than a year after the entry of the judgment on 9/20/21. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.